**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

TARA LEWANNA ABDULLAH,

Plaintiff,

v.

PENNYMAC LOAN SERVICES, LLC,

Defendant.

Case No. ________________

# NOTICE OF REMOVAL

COMES NOW, PennyMac Loan Services, LLC ("PennyMac"), Defendant in the above-styled civil action, and files this Notice of Removal, hereby removing this action to the United States District Court for the Northern District of Georgia, Atlanta Division. PennyMac states the following grounds in support of removal:

1. On July 15, 2024, Plaintiff Tara Lewanna Abdullah (the "Plaintiff") filed her Complaint against PennyMac in the Superior Court of Fulton County, Georgia. This case is styled as *Abdullah v. PennyMac Loan Services, LLC* and was assigned Case No. 24CV008764 (the "State Court Action"). True and correct copies of all filings to date in the State Court Action are collectively attached hereto as **Exhibit "A"**.

2. PennyMac was served with process on July 17, 2024. Because this Notice of Removal is being filed within 30 days of service on PennyMac, removal is timely under 28 U.S.C. § 1446(b)(1).

3. The United States District Court for the Northern District of Georgia, Atlanta Division, embraces Fulton County, Georgia. Removal to this Court is therefore proper under 28 U.S.C. § 1441(a).

4. This Notice of Removal is being filed in accordance with 28 U.S.C. § 1446 and Fed. R. Civ. P. 81(c). In compliance with 28 U.S.C. § 1446(d), PennyMac will, upon docketing of the Notice of Removal in this Court, file a copy of the Notice of Removal with the Clerk of the Superior Court of Fulton County, Georgia.

## FEDERAL QUESTION JURISDICTION

5. This Court possesses federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331 because the Complaint raises issues and claims under the laws of the United States. Specifically, the Plaintiff is asserting a claim under 11 U.S.C. § 362, for an alleged violation of the automatic stay provided for in the Bankruptcy Code. *See* Compl. at ¶ 1. The Plaintiff is also asserting claims under the Fourth and Fifteenth Amendments to the U.S. Constitution. *See id.* at p. 1 (introduction paragraph).

6. This Court has supplemental jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. §§ 1367(a). This Court possesses "supplemental jurisdiction over all state law claims which arise out of a common nucleus of operative fact with a substantial federal claim." *Parker v. Scrap Metal Processors, Inc.*, 468 F.3d 733, 742-43 (11th Cir. 2006) (citation omitted).

7. The Plaintiff's state law claims all challenge the foreclosure sale of the real property located at 911 Moreland Avenue SE, Atlanta, Georgia (the "Property"). *See* Compl. at ¶¶ 1-8. The Plaintiff's federal claims also relate to the foreclosure sale. *See id.* at ¶ 1. Because the state law claims arise from the same nucleus of operative fact as the federal claims, this Court can properly exercise supplemental jurisdiction over the state law claims at issue.

**DIVERSITY JURISDICTION**

8. This Court also possesses diversity jurisdiction pursuant to 28 U.S.C. § 1332(a) because this is a suit between citizens of different states and the amount in controversy exceeds $75,000.00.

9. The Plaintiff is domiciled in Georgia. *See* Compl. at signature page; *see also In re Abdullah*, No. 24-51300-sms, [Doc. 19] at p. 9 (Bankr. N.D. Ga.). Therefore, the Plaintiff is a citizen of Georgia for purposes of diversity jurisdiction.

10. PennyMac is a limited liability company. "When determining citizenship of the parties for diversity jurisdiction purposes, a limited liability

company (LLC) is a citizen of every state that any member is a citizen of." *Purchasing Power, LLC v. Bluestem Brands, Inc.*, 851 F.3d 1218, 1220 (11th Cir. 2017). PennyMac's sole member is Private National Mortgage Acceptance Company, LLC, which has two members: (1) PNMAC Holdings, Inc., which is a Delaware corporation with its principal place of business in California; and (2) PennyMac Financial Services, Inc., which is a Delaware corporation with its principal place of business in California. Thus, PennyMac is a citizen of Delaware and California for purposes of diversity jurisdiction.

11. The Plaintiff is seeking $1,000,000.00 in damages from PennyMac, or in the alternative, title to the Property. *See* Compl. at ¶ 8. The Fulton County Tax Assessor values the Property at $676,400.00. A true and correct copy of the Tax Assessor's record is attached hereto as **Exhibit "B"**. Under either request for relief, the amount in controversy exceeds $75,000.00.

12. Because the Plaintiff is a citizen of Georgia, PennyMac is a citizen of Delaware and California, and the amount in controversy exceeds $75,000.00, this Court possesses diversity jurisdiction under 28 U.S.C. § 1332(a).

15. By filing this Notice of Removal, PennyMac does not waive any of its jurisdictional objections or affirmative defenses.

WHEREFORE, PennyMac prays that the State Court Action proceed in this Court as an action properly removed, and that no further proceedings be had in said State Court Action.

Respectfully submitted, this 16th day of August, 2024.

*/s/ Bret Chaness*
BRET CHANESS (GA Bar No. 720572)
**RUBIN LUBLIN, LLC**
3145 Avalon Ridge Place, Suite 10
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(470) 508-9203(Facsimile)
bchaness@rlselaw.com

*Attorney for PennyMac Loan Services, LLC*

## L.R. 7.1(D) CERTIFICATION

I certify that this document has been prepared with a font and point selection approved by the Court in Local Rule 5.1(C). Specifically, this document has been prepared using 14-pt Times New Roman Font.

*/s/ Bret Chaness*
BRET CHANESS (GA Bar No. 720572)

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 16th day of August, 2024, served all parties in this matter with the foregoing by placing a true and correct copy of same in the United States Mail, with first-class prepaid postage affixed thereto, properly addressed as follows:

Tara Lewanna Abdullah
1273 Metropolitan Ave. SE
#18114
Atlanta, GA 30316

*/s/ Bret Chaness*
BRET CHANESS (GA Bar No. 720572)