# EXHIBIT "A"

Fulton County Superior Court
***EFILED***KJ
Date: 7/15/2024 2:43 PM
Che Alexander, Clerk

# IN THE SUPERIOR COURT OF FULTON COUNTYGEORGIA

| | | |
|---|---|---|
| IN RE: | ) | 24CV008764 |
| TARA LEWANNA ABDULLAH | ) | Case No.: |
| Plaintiff | ) | |

vs.

PENNYMAC LOAN SERVICES, LLC
Defendant

## COMPLAINT OF STRICT TORT

Here comes Tara L. Abdullah aka Tara Lewanna Abdullah single, American, female the LAWFUL and TRUE Owner of the SUBJECT MATTER and REAL PROPERTY of 911 Moreland Ave SE Atlanta, Georgia 30316 files a COMPLAINT STRICT LIABILTY TORT against PENNYMAC LOAN SERVICES, LLC filed an erroneous DEED UNDER POWER on February 6, 2024 with no lawful claim interest in this subject matter after a timely NOTICE was provided with valid Case Number for the Bankruptcy filing (SEE EXHIBIT A)by the Plaintiff on February 5, 2024. The is a violation of Automatic Stay pursuant the United States Bankruptcy Rule and infringing on the 4th and 15th Amendment of the United States Constitution That is and was entitled to a Trial by Jury as DUE PROCESS was absent in this matter. This unlawful Act has caused added emotional stress, mental anguish, and financial damage to the personal consumer reputation of the Plaintiff. The unlawful Acts lead to many hardships leading to an abrupt change impacting the quality of life and livelihood that may be irreversible if not acted up and settled in a timely manner. The total damage sustained are equal to a dollar value of $1,000,000 USD or in exchange for a Title restored free and clear of any and all liens without conditions to the Plaintiff.

Whereas:

(1)

The subject property that is said to have "allegedly" foreclosed on Tuesday February 6, 2024, and or purchased by PENNYMAC LOAN SERVICES, LLC or the ACT of DEED UNDER POWER. Whereas the subject property in this matter was protected under The United States Bankruptcy "Automatic Stay" pursuant to 11 U.S. Code§362(k)(1) filed on February 5, 2024 (Exhibit A) and no MOTION FOR ORDER OF RELEASE FROM STAY hand been nor granted at that time from the United States Bankruptcy Court pursuant to the mentioned Rule that would allow such. The Act of Conspiracy the Plaintiff and or alleged "Debtor" by filing the erroneous DEED UNDER POWER with no claim of lawful interest and or no lawful cause initiated by or on behalf of PENNYMAC LOAN SERVICES, LLC are those of authorized representatives

whose names appear as Lizet Rodriquez. Cathereine Spivey. and a Notary by that of a David Perez are unlawful and without cause and this Act insinuated Conspiracy against the alleged "Debtor" and or Plaintiff in this subject matter Whereas the penalty for conspiracy carries 5.10. to 20 years mandatory imprisonment sentence. The total damages for actual damages. punitive damages and attorney fees totaling a cash Value $1.000.000 or release of any and all liens on the subject property Valued at $420,000 .The "Automatic Stay" was in effect on February 5. 2024 with NOTICE provided to PENNYMAC LOAN SERVICES. LLC to the owner by a Sheriff of any such action taking place as required pursuant to O.C.G.A§48-4-46(d) (SEE EXHIBIT ). Also. whereas this UNLAWFUL ACT committed by PENNYMAC LOAN SERVICES. LLC IS A VIOLATION OF Tara L. Abdullah 5th and 14th Amendment according to The United States Constitution whereas "NO DUE PROCESS" nor a Trial by Jury is required to take place for such an ACT to lawfully take place. The documents filed with the Clerk of Superior Court in Fulton County. Georgia demonstrated evidence of the growing trend to commit "FRAUD and THEFT" against homeowners and are simply procedure that is not LAWFUL nor binding and without just cause or merit. (SEE EXHIBIT B)

(2)

PENNYMAC LOAN SERVICES. LLC has no lawful right or claims to the subject matter being Real Property 911 Moreland Ave SE Atlanta Georgia 30316 and is not the original "HOLDER IN DUE COURSE" in this matter described pursuant to O.C.G.A§11-3-106 and has failed to meet the (all)requirements to be enforceable of such pursuant to O.C.G.A§11-3-302 whereas The Plaintiff provided sufficient Notice of Discharge in this matter.

(2)

At this time of this Complaint being filed the has been no valid and or lawful Georgia confirmation of a foreclosure sale as required pursuant to O.C.G.A.§44-14-161 (a)(b)(c) and the time has expired to do such.

(3)

The alleged "lender" "loan servicer" presented erroneous documents for filing bearing Tara L. Abdullah's name claiming to have the authority to act on behalf or in the capacity of Attorney in Fact. Power of Attorney. and or Agent in this subject matter. Whereas Tara L. Abdullah did not execute with a "wet signature" or any other signing of any agreement giving authorization for PENNYMAC LOAN SERIVES. LLC or its representatives authorization to act on any behalf ever this also violates O.C.G.A§44-2-36(5) and no Power of Attorney. Attonery in Fact. or Agent for exist and no proof thereof was presented to the Clerk of Court at such time of this filing this "DEED UNDER POWER" as required to be considered an authorized representative to execute such and be considered a valid. **The penalty for falsifying documents to obtain a gain of property by theft is a prison term of 1-10 years or both or a fine up to $10,000**. Whereas. when such an occurrence has taken place the Title shall remain unchanged or restored to the lawful owner. Furthermore. PENNYMAC LOAN SERVICES. LLC failed to demonstrate Good or Valuable consideration at the time of filing in this subject matter as required in the form of a PT 61 pursuant to O.C.G.A §560-11-3-14 and is in further violation.

(4)

A **violation** of improper notice was not given in a timely manner of any such sale of the subject matter being Real Property as required pursuant to O.C.G.A §48-4-5 Article 3 the notice published was insufficient and lacked the time frame of a total 4 consecutive weeks prior to the

alleged sale. Furthermore, proving the action being unlawful and permissible to be considered and set aside due to the insufficiencies (SEE EXHIBIT C)

(5)

The Act of attempting to commit possible THEFT has occurred in this subject matter whereas PENNYMAC LOAN SERVICES.LLC and or its associates have made a false claim and filed false and erroneous documents with the Clerk of Fulton County Georgia as mentioned with no lawful right of claim the subject matter of Real Property mentioned in this Notice furthermore violates O.C.G.A §18-8-12 SECTIONS 16-8-2-16-8-9 and the penalty for such is imprisonment for all involved parties not less than 2 years not more than 20 years for property valued at $24.999 or more and subjected to 8 U.S.CODE §1324 UNDER Section 554 Under Title 15.

(6)

Whereas the Plaintiff in this subject matter has failed to prove and has no lawful proof of being the being the "Holder of Due Course" in this subject matter and that the true and lawful Holder of Due of Due Course is and has always been Tara L. Abdullah aka Tara Lewanna Abdullah whereas the Defendant failed to demonstrate Good Faith, failed to pay any Monetary Value (as stated). and knowingly and willfully intended to commit fraud, theft, and deceive the Plaintiff in this subject matter.

(7)

Whereas in similar a case that was appealed to the Georgia Supreme Court. On March 19. 2012. the Georgia Supreme Court found that a "sale under power of real estate at public outcry does not become binding as between the mortgagee and the purchaser unless a memorandum is made as prescribed by the Statute of Frauds." The court went on to note that until a deed under power is transferred and consideration is passed, the sale itself has not occurred: there is only a contract to buy and sell. Under the circumstances the borrowers have not been harmed. They still hold the same rights as they held prior to the attempted sale. In this matter there has been no verifiable sale at a public outcry

(8)

In this matter of Strict Tort an answer or response is required from the Defendant or its lawful representative having proper jurisdiction within the proper outlines time Pursuant to O.C.G.A 911-11-12(a)(b) or an Entry of Default shall be entered for a Order of specified outlined relief mentioned in this Complaint pursuant to O.C.G.A 911-11-55.

The Plaintiff in this subject matter being Tara L. Abdullah aka Tara Lewanna Abdullah Prays that the court hears and renders make a lawful Order granting the Tort in the amount of $1.000.000 asked for consideration in this matter or be it the Title is released free and clear of any and all liens and restored to the lawful owner Tara L. Abdullah aka Tara Lewanna Abdullah and the Defendant does so within 24-48 hours if such an Order is granted or if not restored pay the sum of $1,000,000 in damages within that same specified period.

Please submit and deliver all correspondence in the proper manner to the name and address listed below associated with this Case within the lawful time frame.

Dated: 7/15/2024 Signatures(s) Tara Lenanna Abdullah

Printed Name:(s) TARA LENANNA ABDULLAH

Address: 1273 Metropolitan Ave SE

#18114

Atlanta, Georgia 30316

Phone: 404-964-3421

File No.: PNY-23-04006

Clerk of Superior Court
Fulton County, GA
Participant IDs: 4705915718

RECORD AND RETURN TO:
Rubin Lublin, LLC
3145 Avalon Ridge Place
Suite 100
Peachtree Corners, GA 30071
(770) 246-3300
PARCEL ID: 14 -0010-0004-046-8

EXHIBIT
B

CROSS INDEX TO DEED BOOK
65337, PAGE 109, FULTON COUNTY,
GEORGIA RECORDS

STATE OF Texas

COUNTY OF Tarrant

**DEED UNDER POWER**

THIS INDENTURE, dated February 6, 2024, by TARA L ABDULLAH ("Borrower") acting through his or her duly appointed agent and attorney in fact PENNYMAC LOAN SERVICES, LLC ("Lender") as party of the first part, and PENNYMAC LOAN SERVICES, LLC as party of the second part:

WITNESSETH: (1)

WHEREAS, Borrower executed and delivered to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS GRANTEE, AS NOMINEE FOR CARDINAL FINANCIAL COMPANY, LIMITED PARTNERSHIP , ITS SUCCESSORS AND ASSIGNS., ITS SUCCESSORS AND ASSIGNS, that certain Security Deed dated February 25, 2022, and recorded February 28, 2022 in Deed Book 65337, Page 109, Fulton County, Georgia Records, conveying the after-described property, as last transferred to PennyMac Loan Services, LLC, by Assignment, if required, pursuant to O.C.G.A. §44-14-162, to secure the payment of a Promissory Note of even date therewith, in the original principal amount of Three Hundred Seventy-Nine Thousand Seven Hundred Nineteen and 00/100 dollars ($379,719.00); and (2)

WHEREAS, default in the payment under said Note occurred, and whereas by reason of said default, Lender elected, pursuant to the terms of said Deed and Note, and declared the entire principal and interest immediately due and payable; and (3)

WHEREAS, Lender did perform a diligent search of the bankruptcy records for each known Borrower and determined that Lender was not subject to an automatic stay in bankruptcy both at the time foreclosure proceedings commenced and the time the Property was sold; and (4)

WHEREAS, the entire indebtedness remaining in default, and in accordance with the terms of said Security Deed, Lender did advertise said property for sale once a week for four (4) weeks immediately preceding the sale in the newspaper in Fulton County, Georgia, wherein the Sheriff carried his advertisement, namely South Fulton Neighbor; and (5)

WHEREAS, notice was given in compliance with Georgia Laws 1981, Volume I, Page 834, codified as O.C.G.A. §§ 44-14-162.2 and 44-14-162.4. The notice required was rendered by mailing a copy of the Notice of Sale Under Power that was submitted to the publisher of South Fulton Neighbor, to the Borrower and any other "Debtor" (as defined by O.C.G.A. § 44-14-162.1), at least thirty (30) days prior to the foreclosure sale date of February 06, 2024; and

WHEREAS, Lender did expose said land for sale to the highest bidder for cash on the first Tuesday in February, 2024, within the legal hours of sale at the Fulton County Courthouse and offered said property for sale at public outcry to the highest bidder for cash when and where Party of the Second Part bid Three Hundred Ninety-Seven Thousand Three Hundred Ninety-Two and 18/100 dollars ($397,392.18) and;

WHEREAS, said property was auctioned off to the Party of the Second Part for the aforementioned sum of money in cash.

NOW, THEREFORE, in consideration of the premises and said sum of money and by virtue of and in the exercise of the power of sale contained in the Security Deed, the Party of the First Part has bargained, sold, granted and conveyed, and by these presents does hereby bargain, sell, grant and convey to the Party of the Second Part, said Party's representatives, heirs, successors and assigns, the following described property:

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT NO. 10, OF THE 14TH DISTRICT OF FULTON COUNTY, GEORGIA, IN THE CITY OF ATLANTA, BEING LOT. NO. 19, BLOCK 1, HIRSH PROPERTY SUBDIVISION, AS MORE PARTICULARLY SHOWN ON SURVEY PREPARED BY GEORGIA LAND SURVEYING CO., INC. DATED OCTOBER 9, 1979, SAID PROPERTY BEING IMPROVED PROPERTY NOW OR FORMERLY KNOWN AS 911 MORELAND AVENUE SOUTHEAST, ACCORDING TO THE PRESENT SYSTEM OF NUMBERING IN FULTON COUNTY, GEORGIA AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT AN IRON PIN FOUND ON THE WESTERN SIDE OF MORELAND AVENUE 111 .0 FEET SOUTHERLY FROM ITS INTERSECTION WITH THE SOUTHERN SIDE OF EDEN AVENUE; RUNNING THENCE SOUTHERLY ON AND ALONG THE WESTERN SIDE OF MORELAND AVENUE 50.0 FEET TO AN IRON PIN FOUND; RUNNING THENCE WESTERLY 200.0 FEET TO AN IRON PIN FOUND ON THE EASTERN SIDE OF A 10 FOOT ALLEY; RUNNING THENCE NORTHERLY ON AND ALONG THE EASTERN SIDE OF SAID ALLEY 50.0 FEET TO AN IRON PIN FOUND; RUNNING THENCE EASTERLY 200.0 FEET TO THE IRON PIN FOUND AT THE POINT OF BEGINNING.

THIS PROPERTY IS NOW OR WAS FORMERLY KNOWN AS 911 Moreland Ave SE, Atlanta, GA 30316

Together with all rights, members and appurtenances thereto, also all the estate, right, title, interest, claim or demand of Party of the First Part, or said Party's representatives, heirs, successors and assigns, legal, equitable or otherwise whatsoever, in and to the same.

THIS CONVEYANCE IS SUBJECT TO all zoning ordinances; matters which would be disclosed by an accurate survey or by an inspection of the property; any outstanding taxes, including but not limited to ad valorem taxes, which constitute liens upon said property; all restrictive covenants, easements, rights-of-way and any other matters of record superior to said Security Deed.



SUPERIOR COURT FULTON COUNTY GA

TO HAVE AND TO HOLD the said property and every part thereof unto the Party of the Second Part and said Party's representatives, heirs, successors and assigns, to said Party's own proper use, benefit and behoof in FEE SIMPLE, in as full and ample a manner as said Party of the First Part or said Party's representatives, heirs, successors and assigns, did hold and enjoy the same.

IN WITNESS WHEREOF, Lender as Attorney in Fact for Borrower has affixed its hand and seal on this 5 day of March, 2024 to be effective as of the date first above written.

**Signed, Sealed and Delivered in the presence of:**

[signature]
Unofficial Witness

[signature]
Notary Public

My Commission Expires: 1/24/2026

(Notary Seal)

DAVID PEREZ
Notary ID #130608369
My Commission Expires
January 24, 2026
NOTARY PUBLIC STATE OF TEXAS

**BY PENNYMAC LOAN SERVICES, LLC AS ATTORNEY IN FACT FOR TARA L ABDULLAH**

By: [signature] (L.S.)
Printed Name: Lizet Rodriguez
Title: "Authorized Representative"

Attest: [signature] (L.S.)
Printed Name: Catherine Spivey
Title: Authorized Representative
(Corporate Seal)

CATHELENE ROBINSON
Clerk of Superior Court
Fulton County, GA
Participant IDs: 5224125492
7067927936

When Recorded Return To:
PennyMac Loan Services, LLC
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF SECURITY DEED

**FOR GOOD AND VALUABLE CONSIDERATION,** the sufficiency of which is hereby acknowledged, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS GRANTEE, AS NOMINEE FOR CARDINAL FINANCIAL COMPANY, LIMITED PARTNERSHIP, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026)** by these presents does convey, grant, assign, transfer and set over the described Security Deed with all liens and any rights due or to become due thereon to **PENNYMAC LOAN SERVICES, LLC, WHOSE ADDRESS IS 3043 TOWNSGATE ROAD STE 200, WESTLAKE VILLAGE, CA 91361 (800)777-4001, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Security Deed is executed by **TARA L. ABDULLAH** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS GRANTEE, AS NOMINEE FOR CARDINAL FINANCIAL COMPANY, LIMITED PARTNERSHIP, ITS SUCCESSORS AND ASSIGNS** and recorded in Deed **Book 65337 and Page 109** in the office of the Clerk of the Superior Court of **FULTON** County, **Georgia**.

**IN WITNESS WHEREOF,** the undersigned has hereunto set its hand **this 28th day of June in the year 2023.**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS GRANTEE, AS NOMINEE FOR CARDINAL FINANCIAL COMPANY, LIMITED PARTNERSHIP, ITS SUCCESSORS AND ASSIGNS**

By: Cecelia Mansfield
**CECELIA MANSFIELD**
**VICE PRESIDENT**

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. CORPORATE SEAL 1999 DELAWARE

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

Signed and delivered on the date above and in the presence of:

Tracy Rogers
**TRACY ROGERS**
**WITNESS**

STATE OF FLORIDA COUNTY OF PINELLAS
Sworn to (or affirmed) and subscribed before me by means of [X] physical presence or [ ] online notarization on this 28th day of June in the year 2023, by Cecelia Mansfield as VICE PRESIDENT for MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS GRANTEE, AS NOMINEE FOR CARDINAL FINANCIAL COMPANY, LIMITED PARTNERSHIP, ITS SUCCESSORS AND ASSIGNS. He/she is personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument.

Vicky McCoy
**VICKY MCCOY**
**COMM EXPIRES: 12/18/2026**

VICKY MCCOY
Notary Public - State of Florida
Commission # HH 328470
My Comm. Expires Dec 18, 2026
Bonded through National Notary Assn.

PMAC1 438281183 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) MIN 1000922140155514718 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026 DOCR T282306-08:23:29 [C-1] EFRMGA1

*D0101301869*

Fulton County Superior Court
***EFILED***KJ
Date: 7/15/2024 2:43 PM
Che Alexander, Clerk

# General Civil and Domestic Relations Case Filing Information Form

☑ Superior or ☐ State Court of FULTON County

For Clerk Use Only

Date Filed 7/15/2024
MM-DD-YYYY

Case Number 24CV008764

Plaintiff(s)

ABDULLAH TARA LEWANNA
Last First Middle I. Suffix Prefix

Last First Middle I. Suffix Prefix

Last First Middle I. Suffix Prefix

Last First Middle I. Suffix Prefix

Defendant(s)

PENNYMAC LOAN SERVICES, LLC
Last First Middle I. Suffix Prefix

Last First Middle I. Suffix Prefix

Last First Middle I. Suffix Prefix

Last First Middle I. Suffix Prefix

Plaintiff's Attorney ______________ State Bar Number ______________ Self-Represented ☑

Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**

- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☑ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

______________ Case Number ______________ Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

______________ Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Fulton County Superior Court
***EFILED***KJ
Date: 7/15/2024 2:43 PM
Che Alexander, Clerk

# IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA

136 PRYOR STREET, ROOM J2 C-103, ATLANTA, GEORGIA 30303

## SUMMONS

TARA LEWANNA ABDULLAH ) Case No.: 24CV008764

Plaintiff,

vs.

PENNYMAC LOAN SERVICES LLC

Defendant

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file electronically with the Clerk of said Court at https://efilega.tylertech.cloud/OfsEfsp/ui/landing (unless you are exempt from filing electronically) and serve upon plaintiff's attorney, whose name and address is:

TARA LEWANNA ABDULLAH
1273 Metropolitan Ave SE #18114
Atlanta, Georgia 30316

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed within five (5) business days of such service. Then time to answer shall not commence until such proof of service has been filed. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

This 7/15/2024 day of ________, 20 ____

Honorable Ché Alexander, Clerk of Superior Court

By Kalia Jones
Deputy Clerk

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you __________, 20____

Deputy Sheriff

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used

Fulton County Superior Court
***EFILED***KJ
Date: 7/17/2024 10:09 AM
Che Alexander, Clerk

IN THE SUPERIOR COURT
OF FULTON COUNTY GEORGIA

TARA LEWANNA ABDULLAH
Plaintiff

Case No. 24CV008764

Vs.

PENNYMAC LOAN SERVICES, LLC
Defendant

# NOTICE OF RIGHT OF REDEMPTION PERIOD

Here comes Tara Lewanna Abdullah single, American, female the lawful and legal owner of Real Property with an address of 911 Moreland Ave SE Atlanta, Georgia 30316 mentioned above in The property was said to have "allegedly" foreclosed on Tuesday February 6, 2024, and said to have been purchased by PENNYMAC LOAN SERVICES, LLC for an amount of $379,000At this time no Notice has been provided by PENNYMAAC LOAN SERVICES, LLC of this unlawful action indicating such. The property was protected under The United States Bankruptcy "Automatic Stay" pursuant to 11 U.S. Code§362(k)(1) and no MOTION FOR RELEASE or any other MOTION had been filed on behalf of PENNYMAC LOAN SERVICES, LLC as verified by the Clerk of Superior Court. The "Automatic Stay" was effective on February 5, 2024, and NO ORDER was rendered for "RELIEF FROM STAY". Notice was provided to PENNYMAC LOAN SERVICES, LLC whereas the Law was completely disregarded with complete lack of respect The United States Bankruptcy Court and the Code of Georgia in this subject matter. This alleged Act insinuates evidence of the growing trend to commit "FRAUD" against the American people further violates of the Plaintiff's 5th and 14th Amendments of the U.S Constitution whereas NO "Due Process" has taken place for such an action of "foreclosure" to be considered valid and no delinquent taxes were due on said Real Property. This behavior is a growing trend among homeowners as a series of unauthorized and fraudulent foreclosures are currently taking place throughout Georgia and other States at an alarming rate. This practice could impose MAXIMUM penalties to PENNYMAC LOAN SERVICES, LLC and your associates for participating in these unlawful practices and schemes including but not limited to disbarment of alleged "Counsel" and or up to 10 years imprisonment of involved parties. There is no evidence of a foreclosure sale and no USD have transferred to another in this matter as PENNYMAC and or its associates have falsified an erroneous DEED UNDER POWER and that of ASSIGNMENT OF DEED (SE EXHIBITS A& B)

Please be advised you are hereby being given NOTICE of the lawful Right of Redemption in this subject matter in Georgia for a non-judicial foreclosure sale is 12 months is being exercised at this time. The twelve months period begins from the Sale date of February 6, 2024 and ends in February 5, 2025.

Signatures(s) Taca Lewanna Aboullah

Printed Name:(s) TACA LEWANNA ABOULLAH

Address: 1273 Metropolitan Ave SE
#18114
Atlanta, Georgia 30316

Phone: 404-964-3421

Fulton County Superior Court
***EFILED***KJ
Date: 7/17/2024 10:09 AM
Che Alexander, Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

CIVIL ACTION NO: 24EV008764

TARA LEWANNA ABDULLAH
PLAINTIFF

VS.

PENNYMAC LOAN SERVICES, LLC
DEFENDANT

NOTICE OF FILING

Exhibits.
(A) Assignment of Security DEED filed by PENNYMAC
(B) DEED UNDER POWER filed by PENNYMAC
(C) NEWS PAPER NOTICE

SIGNATURE Tara Lewanna Abdullah

PRINT NAME TARA LEWANNA ABDULLAH

ADDRESS 1273 Metropolitan Ave SE #18114
Atlanta, GA 30316

PHONE NUMBER
404-964-3421

Exhibit A

CATHELENE ROBINSON
Clerk of Superior Court
Fulton County, GA
Participant IDs: 5224125492
7067927936

When Recorded Return To:
PennyMac Loan Services, LLC
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF SECURITY DEED

**FOR GOOD AND VALUABLE CONSIDERATION,** the sufficiency of which is hereby acknowledged, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS GRANTEE, AS NOMINEE FOR CARDINAL FINANCIAL COMPANY, LIMITED PARTNERSHIP, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026)** by these presents does convey, grant, assign, transfer and set over the described Security Deed with all liens and any rights due or to become due thereon to **PENNYMAC LOAN SERVICES, LLC, WHOSE ADDRESS IS 3043 TOWNSGATE ROAD STE 200, WESTLAKE VILLAGE, CA 91361 (800)777-4001, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Security Deed is executed by **TARA L. ABDULLAH** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS GRANTEE, AS NOMINEE FOR CARDINAL FINANCIAL COMPANY, LIMITED PARTNERSHIP, ITS SUCCESSORS AND ASSIGNS** and recorded in Deed **Book 65337 and Page 109** in the office of the Clerk of the Superior Court of **FULTON** County, **Georgia.**

**IN WITNESS WHEREOF,** the undersigned has hereunto set its hand **this 28th day of June in the year 2023.**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS GRANTEE, AS NOMINEE FOR CARDINAL FINANCIAL COMPANY, LIMITED PARTNERSHIP, ITS SUCCESSORS AND ASSIGNS**

By: *Cecelia Mansfield*
CECELIA MANSFIELD
VICE PRESIDENT

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. CORPORATE SEAL 1999 DELAWARE

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

Signed and delivered on the date above and in the presence of:

*Tracy Rogers*
TRACY ROGERS
WITNESS

STATE OF FLORIDA COUNTY OF PINELLAS
Sworn to (or affirmed) and subscribed before me by means of [X] physical presence or [ ] online notarization on this 28th day of June in the year 2023, by Cecelia Mansfield as VICE PRESIDENT for MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS GRANTEE, AS NOMINEE FOR CARDINAL FINANCIAL COMPANY, LIMITED PARTNERSHIP, ITS SUCCESSORS AND ASSIGNS. He/she is personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument.

*Vicky McCoy*
VICKY MCCOY
COMM EXPIRES: 12/18/2026

VICKY MCCOY
Notary Public - State of Florida
Commission # HH 328470
My Comm. Expires Dec 18, 2026
Bonded through National Notary Assn.

PMAC1 438281183 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) MIN 1000922140155514718 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026 DOCR T282306-08:23:29 [C-1] EFRMGA1

*D0101301869*

SUPERIOR COURT FULTON COUNTY, GEORGIA

File No.: PNY-23-04006

Clerk of Superior Court
Fulton County, GA
Participant IDs: 4705915718

RECORD AND RETURN TO:
Rubin Lublin, LLC
3145 Avalon Ridge Place
Suite 100
Peachtree Corners, GA 30071
(770) 246-3300
PARCEL ID: 14 -0010-0004-046-8

EXHIBIT B

CROSS INDEX TO DEED BOOK
65337, PAGE 109, FULTON COUNTY,
GEORGIA RECORDS

STATE OF Texas

COUNTY OF Tarrant

**DEED UNDER POWER**

THIS INDENTURE, dated February 6, 2024, by TARA L ABDULLAH ("Borrower") acting through his or her duly appointed agent and attorney in fact PENNYMAC LOAN SERVICES, LLC ("Lender") as party of the first part, and PENNYMAC LOAN SERVICES, LLC as party of the second part:

WITNESSETH: (1)

WHEREAS, Borrower executed and delivered to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS GRANTEE, AS NOMINEE FOR CARDINAL FINANCIAL COMPANY, LIMITED PARTNERSHIP , ITS SUCCESSORS AND ASSIGNS., ITS SUCCESSORS AND ASSIGNS, that certain Security Deed dated February 25, 2022, and recorded February 28, 2022 in Deed Book 65337, Page 109, Fulton County, Georgia Records, conveying the after-described property, as last transferred to PennyMac Loan Services, LLC, by Assignment, if required, pursuant to O.C.G.A. §44-14-162, to secure the payment of a Promissory Note of even date therewith, in the original principal amount of Three Hundred Seventy-Nine Thousand Seven Hundred Nineteen and 00/100 dollars ($379,719.00); and (2)

WHEREAS, default in the payment under said Note occurred, and whereas by reason of said default, Lender elected, pursuant to the terms of said Deed and Note, and declared the entire principal and interest immediately due and payable; and (3)

WHEREAS, Lender did perform a diligent search of the bankruptcy records for each known Borrower and determined that Lender was not subject to an automatic stay in bankruptcy both at the time foreclosure proceedings commenced and the time the Property was sold; and (4)

WHEREAS, the entire indebtedness remaining in default, and in accordance with the terms of said Security Deed, Lender did advertise said property for sale once a week for four (4) weeks immediately preceding the sale in the newspaper in Fulton County, Georgia, wherein the Sheriff carried his advertisement, namely South Fulton Neighbor; and (5)

WHEREAS, notice was given in compliance with Georgia Laws 1981, Volume I, Page 834, codified as O.C.G.A. §§ 44-14-162.2 and 44-14-162.4. The notice required was rendered by mailing a copy of the Notice of Sale Under Power that was submitted to the publisher of South Fulton Neighbor, to the Borrower and any other "Debtor" (as defined by O.C.G.A. § 44-14-162.1) at least thirty (30) days prior to the foreclosure sale date of February 06, 2024; and

WHEREAS, Lender did expose said land for sale to the highest bidder for cash on the first Tuesday in February, 2024, within the legal hours of sale at the Fulton County Courthouse and offered said property for sale at public outcry to the highest bidder for cash when and where Party of the Second Part bid Three Hundred Ninety-Seven Thousand Three Hundred Ninety-Two and 18/100 dollars ($397,392.18) and;

WHEREAS, said property was auctioned off to the Party of the Second Part for the aforementioned sum of money in cash.

NOW, THEREFORE, in consideration of the premises and said sum of money and by virtue of and in the exercise of the power of sale contained in the Security Deed, the Party of the First Part has bargained, sold, granted and conveyed, and by these presents does hereby bargain, sell, grant and convey to the Party of the Second Part, said Party's representatives, heirs, successors and assigns, the following described property:

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT NO. 10, OF THE 14TH DISTRICT OF FULTON COUNTY, GEORGIA, IN THE CITY OF ATLANTA, BEING LOT. NO. 19, BLOCK 1, HIRSH PROPERTY SUBDIVISION, AS MORE PARTICULARLY SHOWN ON SURVEY PREPARED BY GEORGIA LAND SURVEYING CO., INC. DATED OCTOBER 9, 1979, SAID PROPERTY BEING IMPROVED PROPERTY NOW OR FORMERLY KNOWN AS 911 MORELAND AVENUE SOUTHEAST, ACCORDING TO THE PRESENT SYSTEM OF NUMBERING IN FULTON COUNTY, GEORGIA AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT AN IRON PIN FOUND ON THE WESTERN SIDE OF MORELAND AVENUE 111 .0 FEET SOUTHERLY FROM ITS INTERSECTION WITH THE SOUTHERN SIDE OF EDEN AVENUE; RUNNING THENCE SOUTHERLY ON AND ALONG THE WESTERN SIDE OF MORELAND AVENUE 50.0 FEET TO AN IRON PIN FOUND; RUNNING THENCE WESTERLY 200.0 FEET TO AN IRON PIN FOUND ON THE EASTERN SIDE OF A 10 FOOT ALLEY; RUNNING THENCE NORTHERLY ON AND ALONG THE EASTERN SIDE OF SAID ALLEY 50.0 FEET TO AN IRON PIN FOUND; RUNNING THENCE EASTERLY 200.0 FEET TO THE IRON PIN FOUND AT THE POINT OF BEGINNING.

THIS PROPERTY IS NOW OR WAS FORMERLY KNOWN AS 911 Moreland Ave SE, Atlanta, GA 30316

Together with all rights, members and appurtenances thereto, also all the estate, right, title, interest, claim or demand of Party of the First Part, or said Party's representatives, heirs, successors and assigns, legal, equitable or otherwise whatsoever, in and to the same.

THIS CONVEYANCE IS SUBJECT TO all zoning ordinances; matters which would be disclosed by an accurate survey or by an inspection of the property; any outstanding taxes, including but not limited to ad valorem taxes, which constitute liens upon said property; all restrictive covenants, easements, rights-of-way and any other matters of record superior to said Security Deed.



SUPERIOR COURT FULTON COUNTY, GEORGIA

Deed Book 67652 Page 523
CHÉ ALEXANDER
Clerk of Superior Court

TO HAVE AND TO HOLD the said property and every part thereof unto the Party of the Second Part and said Party's representatives, heirs, successors and assigns, to said Party's own proper use, benefit and behoof in FEE SIMPLE, in as full and ample a manner as said Party of the First Part or said Party's representatives, heirs, successors and assigns, did hold and enjoy the same.

IN WITNESS WHEREOF, Lender as Attorney in Fact for Borrower has affixed its hand and seal on this 5 day of March, 2024 to be effective as of the date first above written.

**Signed, Sealed and Delivered in the presence of:**

Unofficial Witness

Notary Public

**BY PENNYMAC LOAN SERVICES, LLC AS ATTORNEY IN FACT FOR TARA L ABDULLAH**

By: (L.S.)
Printed Name: Lizet Rodriguez
Title: "Authorized Representative"

Attest: (L.S.)
Printed Name: Catherine Spivey
Title: Authorized Representative
(Corporate Seal)

My Commission Expires: 1/24/2026

(Notary Seal)

DAVID PEREZ
Notary ID #130608369
My Commission Expires
January 24, 2026
NOTARY PUBLIC STATE OF TEXAS



SUPERIOR COURT FULTON COUNTY, GEORGIA

**South Fulton Neighbor**

EXHIBIT C (1 of 2 pages)

Publication Name:
**South Fulton Neighbor**

Publication URL:
**www.mdjonline.com/neighbor_newspapers/south_metro/**

Publication City and State:
**Atlanta, GA**

Publication County:
**Fulton**

---

Notice Popular Keyword Category:

Notice Keywords:
**911 moreland ave se**

Notice Authentication Number:
**202407091753212883708**
**1206655106**

Notice URL:

Back

Notice Publish Date:
Wednesday, January 24, 2024

**Notice Content**

FN1013 FN1013 gpn11 NOTICE OF SALE UNDER POWER GEORGIA, FULTON COUNTY By virtue of a Power of Sale contained in that certain Security Deed from TARA L ABDULLAH to Mortgage Electronic Registration Systems, Inc., as grantee, as nominee for Cardinal Financial Company, Limited Partnership , its successors and assigns., dated February 25, 2022, recorded February 28, 2022, in Deed Book 65337, Page 109, Fulton County, Georgia Records, said Security Deed having been given to secure a Note of even date in the original principal amount of Three Hundred Seventy-Nine Thousand Seven Hundred Nineteen and 00/100 dollars ($379,719.00), with interest thereon as provided for therein, said Security Deed having been last sold, assigned and transferred to PennyMac Loan Services, LLC, there will be sold at public outcry to the highest bidder for cash at the Fulton County Coı rthouse, within the legal hours of sale on the first Tuesday in February, 2024, all property described in said Security Deed including but not limited to the following described property: ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT NO. 10, OF THE 14TH DISTRICT OF FULTON COUNTY, GEORGIA, IN THE CITY OF ATLANTA, BEING LOT. NO. 19, BLOCK 1, HIRSH PROPERTY SUBDIVISION, AS MORE PARTICULARLY SHOWN ON SURVEY PREPARED BY GEORGIA LAND SURVEYING CO., INC. DATED OCTOBER 9, 1979, SAID PROPERTY BEING IMPROVED PROPERTY NOW OR FORMERLY KNOWN AS 911 MORELAND AVENUE SOUTHEAST, ACCORDING TO THE PRESENT SYSTEM OF NUMBERING IN FULTON COUNTY, GEORGIA AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING AT AN IRON PIN FOUND ON THE WESTERN SIDE OF MORELAND AVENUE 111 .0 FEET SOUTHERLY FROM ITS INTERSECTION WITH THE SOUTHERN SIDE OF EDEN AVENUE; RUNNING THENCE SOUTHERLY ON AND ALONG THE WESTERN SIDE OF MORELAND AVENUE 50.0 FEET TO AN IRON PIN FOUND; RUNNING THENCE WESTERLY 200.0 FEET TO AN IRON PIN FOUND ON THE EASTERN SIDE OF A 10 FOOT ALLEY; RUNNING THENCE NORTHERLY ON AND ALONG THE EASTERN SIDE OF SAID ALLEY 50.0 FEET TO AN IRON PIN FOUND; RUNNING THENCE EASTERLY 200.0 FEET TO THE IRON PIN FOUND AT THE POINT OF BEGINNING. Said legal description being controlling, however the property is more commonly known as 911 Moreland Ave SE, Atlanta, GA 30316. The indebtedness secured by said Security Deed has been and is hereby declared due because of default under the terms of said Security Deed. The indebtedness remaining in default, this sale will be made for the purpose of paying the same, all expenses of the sale, including attorneys fees (notice to collect same having been given) and all other payments provided for under the terms of the Security Deed. Said property will be sold on an as-is basis without any representation, warranty or recourse against the above-named or the undersigned. The sale will also be subject to the following items which may affect the title: any outstanding ad valorem taxes (including taxes which are a lien, whether or not now due and payable); the right of redemption of any taxing authority; matters which would be disclosed by an accurate

survey or by an inspection of the property; all zoning ordinances; assessments; liens; encumbrances; restrictions; covenants, and any other matters of record superior to said Security Deed. To the best of the knowledge and belief of the undersigned, the owner and party in possession of the property is TARA L ABDULLAH, TARA L ABDULLAH, TRUSTEE AS TRUSTEE OF NINE ONE ONE MORELAND AVENUE SE, LLC , or tenants(s). The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the Security Deed. The entity having full authority to negotiate, amend or modify all terms of the loan (although not required by law to do so) is: PennyMac Loan Services, LLC, Loss Mitigation Dept., 3043 Townsgate Road Suite 200, Westlake Village, CA 91361, Telephone Number: 1-866-549-3583. Nothing in O.C.G.A. Section 44-14-162.2 shall be construed to require a secured creditor to negotiate, amend, or modify the terms of the mortgage instrument. PENNYMAC LOAN SERVICES, LLC as Attorney in Fact for TARA L ABDULLAH THE BELOW LAW FIRM MAY BE HELD TO BE ACTING AS A DEBT COLLECTOR, UNDER FEDERAL LAW. IF SO, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. Attorney Contact: Rubin Lublin, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071 Telephone Number: (877) 813-0992 Case No. PNY-23-04006-6 rlselaw.com/property-listing 1:10,17,24,31,2024

Back

Fulton County Superior Court
***EFILED***KJ
Date: 7/17/2024 10:09 AM
Che Alexander, Clerk

# IN THE SUPERIOR COURT OF FULTON COUNTYGEORGIA

TARA LEWANNA ABDULLAH
Plaintiff

Case No.: 24CV008764

vs.

PENNYMAC LOAN SERVICES, LLC
Defendant

## MOTION TO RESCIND AND SET ASIDE DEED UNDER POWER AND ASSIGNMENT OF DEED

Here comes Tara L. Abdullah aka Tara Lewanna Abdullah single, American, female the LAWFUL Owner and or HOLDER IN DUE COURSE in this subject matter of REAL PROPERTY as it pertains to 911 Moreland Ave SE Atlanta, Georgia 30316 purchased February 25, 2022. With a show of cause to SET A SIDE DEED INDER POWER AND ASSIGNMENT OF DEED filed by PENNYMAC LOAN SERVICES, LLC and or its associates/representatives

WHEREAS:

(1)

PENNYMAC LOAN SERVICES, LLC has no lawful Rights and or Powers to file such ASSIGNMENT OF DEED or DEED UNDER POWER with the Clerk of Superior Court in Fulton County Georgia. The lawful Owner and "HOLDER IN DUE COURSE" in this subject matter being TARA L. ABDULLAH aka TARA LEWANNA ABDULLAH. The Defendant in this matter is not nor has ever been the "HOLDER IN DUE COURSE"

(2)

The Plaintiff in this matter denies ever given permission for the alleged "lender" "loan servicer" to act in the capacity of an Attorney in fact, Agent, or granting Power of Attorney and there is no evidence of this with a wet ink signature bearing the Plaintiff in this subject matter signature.

(3)

PENNYMAC LOAN SERVICES. LLC HAS VIOLATED all statues of the O.C.G.A as it relates to FORCLOSURE SALES, ASSIGNMENT OF DEEDS, and DEED UNDER POWER and NOTICES of such deeming these actions to not be valid or enforceable as noted in the original COMPLANT filed with this MOTION.

(4)

PENNYMAC LOAN SERVICES, LLC has failed to produce any LAWFUL RIGHTS OR ENTITLMENT to the subject property as required before the filing of any such DEED as mentioned in the original complaint filed with this MOTION.

(5)

PENNYMAC LOAN SERVICES, LLC has violated the LAW as pertains to providing a WET SIGNATURES of all parties of interest involved in the signing of any such DEED or documents for recording with the County Clerk as also mentioned in the original COMPLAINT filed with this MOTION.

The Plaintiff in this matter Parys that the court hears this Motion and renders a lawfully Order based on Truth, Facts, and Law.

Date: 7/15/2024

Signatures(s) [signature]

Printed Name:(s) TARA LEWANNA ABOULLAH

Address: 1273 Metropolitan Ave SE

#18114

Atlanta, Georgia 30316

Phone: 404-964-3421

# Affidavit

Georgia
County of Fulton

The undersigned, TARA LEWANNA ABDULLAH AKA TARA L. ABDULLAH, being duly sworn, hereby deposes and says:

1. I am over the age of 18 and am a resident of Georgia. I have personal knowledge of the facts herein, and, if called as a witness, could testify completely thereto.

2. I suffer no legal disabilities and have personal knowledge of the facts set forth below.

3. TARA LEWANNA ABDULLAH aka TARA L. ABDULLAH single American, Female and may be referred to as the Owner, Purchaser, Borrower, and Grantor and or HOLDER IN DUE COURSE of said Real Property being 911 Moreland Ave SE Atlanta, Georgia 30316 purchased February 25, 2022 for the amount of $386,725 U.S.D and no other person or Entity has any lawful claim or Right to the mentioned property in this subject matter of OWNERSHIP. Whereas TARA LEWANNA ABDULLAH has not ever knowingly given permission for MORTGAGE ELECTRONIC REGISTRATION SYSTEMS OR CARDINAL FINANCIAL CORP, LLP to ASSIGN the NOTE to any ENTITY. Whereas CARDINAL FINANCIAL CORP, LLP unlawfully sold, transferred, and or assigned the ORGINAL NOTE deeming the action unlawful and unenforceable due the Mortgage and Note must "stay together. WHEREAS THE NOTE AND SECURITY DEED HAVE BEEN SPEERATED IN THIS SUBJECT MATTER and PENNYMAC LOAN SERVICES, LLC is not the ORGINIAL "HOLDER IN DUE COURSE" IN THIS MATTER WHEREAS NO ORGINAL WET INK SIGNATURE has been provided as proof OF LAWFUL RIGHTS of OWNERSHIP to the proper Agency and TARA L. ABDULLA AKA TARA LEWANNA ABDULLAH makes a claim violations of the 5th and 14th Amendment pursuant to the United States Constitution.

I declare that, to the best of my knowledge and belief, the information herein is true, correct, and complete.

Executed this 11th day of July, 2024.

Tara Lewanna Abdullah

TARA LEWANNA ABDULLAH aka TARA L. ABDULLAH

# NOTARY ACKNOWLEDGMENT

Georgia, County of Fulton, ss:

On this 11th day of July, 2024 before me, CATHERINE ANN HURLEY, personally appeared TARA LEWANNA ABDULLAH aka TARA L. ABDULLAH, known to me (or satisfactorily proven) to be the persons whose names are subscribed to the within Affidavit, and, being first duly sworn on oath according to law, deposes and says that they have read the foregoing Affidavit subscribed by them and that the matters stated herein are true to the best of their information, knowledge, and belief.

In witness whereof I hereunto set my hand and official seal.

Catherine Ann Hurley
Notary Public

NOTARY PUBLIC
Title (and Rank)

My commission expires 7/5/2026



Fulton County Superior Court
***EFILED***KJ
Date: 7/17/2024 10:09 AM
Che Alexander, Clerk

# IN THE SUPERIOR COURT OF FULTON COUNTYGEORGIA

TARA LEWANNA ABDULLAH
Plaintiff

Case No.: 24CV008764

vs.

PENNYMAC LOAN SERVICES, LLC
Defendant

## MOTION TO SHOW CAUSE

Here comes TARA LEWANNA ABDULLAH aka Tara L. Abdullah in this matter being a Single, American, Female the Plaintiff and may be referred to as the Plaintiff in this MOTION. Hereby make a Demand that Defendant known as PENNYMAC LOAN SERVICES, LLC and or its associates and may be referred to as the alleged "creditor" and or "loan servicer" "lender" provide and show and produce a lawful SHOW OF CAUSE for the action of foreclosure by a DEED UNDER and ASSIGNMENT AND DEED whereas recorded with the Clerk of Fulton County Superior Court in the Records and Deeds Division. The recording of any such DEED is considered a notice and does not mean it is lawful or permissible by the LAW. The Plaintiff in this matter has brought forth a Statement of Claim also known as a Complaint and provided an Affidavit in this subject matter and claims the Defendant is not in possession nor can produce any such evidence in the form of an Original Contract bearing the "wet signature" of the Plaintiff granting permission of a lawful and valid PROMISSORY NOTE and or SECUIRTY DEED in question to be sold, assigned, or transferred to overcome this Claim. The Plaintiff also claims the Defendant has failed to produce any lawful Right to Ownership or entitlement to the subject Real Property 911 Moreland Ave SE Atlanta, Georgia 30316 and no debt exist or is owed to PENNYMAC LOAN SERVICES, LLC and or its associates. The Plaintiff furthermore alleges that PENNYMAC LOAN SERVICES, LLC has violated the 5th and 14th Amendment of the US Constitution whereas DUE PROCESS is required, and a Trial by Jury must take place to proceed with a legitimate foreclosure and requires a Court ORDER OR DEMAND BY A JUDGE GRANTING PERMISSION for such action to occur.

Whereas:

PENNYMAC LOAN SERVICES, LLC is and has never been the lawful Holder nor Holder in Due Course in the subject matter and has made a false claim to having rights and or entitlement to the subject property and being in possession of a lawful legitimate PROMISSORY NOTE if one should exist.

(3)

PENNYMAC LOAN SERVICES cannot and failed to produce upon request from the Plaintiff that of original wet signatures of any such CONTRACT and or PROMISSORY NOTE AND OR SECURITY DEED by and between PENNYMAC LOAN SERVICES, LLC and TARA L. ABDULLAH aka TARA LEWANNA ABDULLAH that meet **All** the requirements as outlined in O.C.G.A§11-3-30 and UCC §3-303 of such that MUST Whereas where there is no Contract there is no Right of CLAIM and the Plaintiff argues that no agreement was ever reached.

**1. Be a Holder of a negotiable instrument holder and must be a natural person**

**2. Have taken it: signed by both parties**

**a) for value,**

**b) in good faith,**

**c) without notice**

**(1) that it is overdue or**

**(2) has been dishonored (not paid), or**

**(3) is subject to a valid claim or defense by any party, or**

**(4) that there is an uncured default with respect to payment of another instrument issued as part of the same series, or**

**(5) that it contains an unauthorized signature or has been altered, and**

**3. Have no reason to question its authenticity on account of apparent evidence of forgery, alteration, irregularity or incompleteness therefore being enforceable.**

The PLAINTIFF in this matter further claims PENNYMAC LOAN SERVICES, LLC has Charged Off this alleged debt according to 7CFR§1956.136(b)1,2(i) and could not lawfully pursue the Plaintiff or the subject property.

(3)

The Plaintiff in this subject matter request that the Court hear and decide in favor of the Plaintiff without a hearing if the Defendant fails to submit a timely Answer to the Court and fails to submit lawful and valid proof of entitlement to have taken such action.

Respectfully submitted,

Dated: 7/16/2024

Signatures(s) [illegible]

Printed Name:(s) [illegible]

Address: 1273 Metropolitan Ave SE

#18114

Atlanta, Georgia 30316

Phone: 404-964-3421

Fulton County Superior Court
***EFILED***QW
Date: 7/19/2024 4:38 PM
Che Alexander, Clerk

Sheriff Number: 24022598 Court Case Number: 24CV008764
Date Received: 7/16/2024 Time: 12:29 PM
Special Service Inst:

State of Georgia
Gwinnett County

ATTORNEY'S ADDRESS

TARA ABDULLAH
PLAINTIFF
VS.
PENNMAC LOAN SERVICES, LLC
DEFENDANT

RECEIVED
2024 JUL 15 PM 4:34
CIVIL DIV.
G.C.S.O.

NAME AND ADDRESS OF PARTY TO BE SERVED

PENNYMAC LOAN SERVICES, LLC
C/O CT CORPORATION SYSTEM
289 SOUTH CULVER STREET
LAWRENCEVILLE, GA 30046

SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐ Sex____ Skin Color____ Hair Color____ Age____ Hgt____ Wgt____
I have this day served the defendant __________ personally with a copy of the within action and summons.

**NOTORIOUS** ☐
I have this day served the defendant __________ by leaving a copy of the action and summons at his most notorious place in this County.

Delivered same into the hands of __________ described as follows:

| SEX | SKIN COLOR | HAIR COLOR | AGE | HGT | WGT |
|---|---|---|---|---|---|
| | | | | | |

**CORPORATION** ☑

I have this day served the Pennymac Loans Services LLC a corporation by leaving a copy of the within action and summons with Jane Richardson in charge of the office and place of doing business of said Corporation in this County.

**TACK AND MAIL** ☐

I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐

Diligent search made and defendant __________ not to be found in the jurisdiction of this Court.

**SPECIAL PROCESS**

**COMMENTS**

Date: 7-17-24

Time: __________

[signature] 50800
Deputy Sheriff

GWINNETT COUNTY, GEORGIA

Fulton County Superior Court
***EFILED***KJ
Date: 8/6/2024 11:30 AM
Che Alexander, Clerk

**IN THE** Superior **COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

TARA LEWADNA ABDULLAH, Plaintiff/Landlord

v. File No. 24CV008764

PENNYMAC LOAN SERVICES, LLC, Defendant/Tenant

## AFFIDAVIT and REQUEST FOR DEFAULT JUDGMENT

Plaintiff declares that Defendant(s) has/have failed to answer and has/have failed to open the default by filing an answer and paying court costs no later than 15 days after the date of the default. Defendant was served [ ] personally, or [✓] notoriously on 7/17/, 2024, and proof of service was filed with the Magistrate Court on 7/19/, 2024

[ ] Defendant is an individual and I have attached a military affidavit, pursuant to 50 U.S.C. appx. § 521 (Servicemembers Civil Relief Act); or [ ] Defendant is not an individual so a military affidavit is unnecessary.

Plaintiff requests default judgment in the amount of $ ~~1,000,000~~ $1,000,000. (TOTAL), itemized as follows: $1,000,000 Principle; $ ~~386,795~~ 8% Interest; $1,000 ~~Attorney~~'s Fees; and $300 (OR) Court Costs. Restoration of Title of said property Restored to lawful owner Tara Lewanna Abdullah. (PER TORT)

Tara Lewanna Abdullah
Signature of Affiant

Subscribed and sworn to before me this 6th day of Aug., 2024

MARVIN WOOLEY NOTARY PUBLIC COMMISSION EXPIRES Jan. 21, 2027 DEKALB COUNTY, GA

Marvin Wooley
Notary Public/Clerk/Deputy Clerk

Printed/Typed Name of Affiant

PROPOSED **ORDER GRANTING DEFAULT JUDGMENT**

It appearing to the Court that Defendant(s) has/have failed to file an answer in the above-styled matter in the time required by law, after service has been perfected, the case being in default, it is, hereby ORDERED AN ADJUDGED that Plaintiff(s) have judgment and shall recover the sum of $________(TOTAL), itemized as follows: $________Principal; $________Interest; $________ Attorney's Fees; and $________Court Costs.

SO ORDERED this _____day of ____________, 20____.

Judge [____________], Magistrate Court of Fulton County