# EXHIBIT "B"

## Summary

| | |
|---|---|
| **Parcel Number** | 14 001000040468 |
| **Location Address** | 911 MORELAND AVE SE<br>ATLANTA |
| **Legal Description** | |
| **Property Class** | R3 - Residential Lots |
| **Neighborhood** | 14053 |
| **Tax District** | 05 |
| **Zoning** | R4 |
| **Acres** | 0.2296 |
| **Homestead** | N |
| **Exemptions** | |

View Map



14 001000040468 12/05/2020

## Owner

Nine One One Moreland Ave SE LLC

## Most Current Owner

Nine One One Moreland Ave SE LLC
455 MORELAND AVE SE
ATLANTA GA 30307

Owner Info Last Updated 6/5/2023

## Land

| Description | Land Type | Land Code | Square Feet | Acres |
|---|---|---|---|---|
| PRIMARY SITE | S | 1 | 10,000 | 0.2296 |

**Total Acres:**
0.2296

## Residential Improvement Information

| | |
|---|---|
| **Card** | 1 |
| **Stories** | 1 |
| **Exterior Wall** | BRICK |
| **Style** | CONVENTIONAL |
| **Year Built** | 1930 |
| **Effective Age** | 2020 |
| **Res Sq Ft** | 1736 |
| **Basement** | FULL |
| **Finished Bsmt Sqft** | 500 |
| **Full Bath/Half Bath** | 2/0 |
| **Bedrooms** | 5 |
| **Attic** | NONE |
| **Additional Fixtures** | 6 |

| | |
|---|---|
| **Heating System** | ELEC |
| **Heat** | CENTRAL WITH A/C |
| **Total Fixtures** | 12 |
| **Masonry Fireplaces** | 1 |
| **Heating Fuel Type** | ELEC |
| **Pre Fab Fireplace** | 0 |
| **Miscellaneous Feature** | |
| **Miscellaneous Feature 2** | |
| **Grade Factor** | C 1 |
| **Cost/Design Factor** | 0% |
| **CDU** | VG |

## Sales

| Sale Date | Sale Price | Instrument | Deed Book | Deed Page | Qualification | Sales Validity | Grantee | Grantor | Recording |
|---|---|---|---|---|---|---|---|---|---|
| 2/6/2024 | $397,392 | | 67652 | 0521 | Unqualified | Deed Under Power | PENNYMAC LOAN SERVICES LLC | ABDULLAH TARA L | 67652 0521 |
| 2/1/2024 | $0 | | 67557 | 0530 | Unqualified | Deed of Gift | STEPHENS FAMILY TRUST | ABDULLAH TARA LEWANNA | 67557 0530 |
| 1/25/2024 | $0 | | 67542 | 0124 | Unqualified | Sale < = 1000 | TARA LEWANNA STEPHENS ABDULLAH IRREV TR | ABDULLAH TARA LEWANNA | 67542 0124 |
| 4/6/2023 | $520,000 | | 66696 | 0001 | Unqualified | Quit Claim Deed | NINE ONE ONE MORELAND AVE SE LLC | ABDULLAH TARA L | 66696 0001 |
| 2/25/2022 | $386,725 | LW | 65337 | 0048 | Qualified | Valid Sale | ABDULLAH TARA L | DIVVY HOMES WAREHOUSE A LLC | 65337 0048 |
| 1/15/2021 | $365,000 | | 63025 | 0236 | Qualified | Valid Sale | DIVVY HOMES WAREHOUSE A LLC | CHUA KWANHATHAI SUWANGERD | 63025 0236 |
| 2/21/2018 | $0 | | 58652 | 0445 | Unqualified | Deed of Gift | CHUA KWANHATHAI SUWANGERD | GOLD POST CAPITAL LLC | 58652 0445 |
| 3/15/2017 | $195,000 | | 57316 | 0379 | Unqualified | Remodeled/Changed After Sale | GOLD POST CAPITAL LLC | ROCAFORT ALEJANDRO | 57316 0379 |

| Sale Date | Sale Price | Instrument | Deed Book | Deed Page | Qualification | Sales Validity | Grantee | Grantor | Recording |
|---|---|---|---|---|---|---|---|---|---|
| 3/15/2017 | $185,000 | | 57316 | 0374 | Unqualified | Affiliated Companies | ROCAFORT ALEJANDRO | HANBERRY SUSAN | 57316 0374 |
| 2/26/2008 | $137,500 | | 46417 | 0104 | Unqualified | Liquidation / Foreclosure | ADAIR EMILY & HANBERRY SUSAN | DLJ MORTGAGE CAPITAL INC | 46417 0104 |
| 6/5/2007 | $224,813 | | 45229 | 0229 | Unqualified | Liquidation / Foreclosure | DLJ MORTGAGE CAPITAL INC | SQUIRE ADA | 45229 0229 |
| 7/21/2006 | $300,000 | WD | 43239 | 00093 | Unqualified | Not Typical of Market Conditions | SQUIRE ADA | MC ADOO DAVID | 43239 00093 |
| 3/14/2006 | $155,000 | SW | 44217 | 00613 | Unqualified | Liquidation / Foreclosure | MC ADOO DAVID | DEUTSCHE BANK NATIONAL TR CO | 44217 00613 |
| 2/1/2005 | $196,200 | DP | 39634 | 00442 | Unqualified | Unvalidated/Deed Stamps | DEUTSCHE BANK NATIONAL TR CO | PARHAM TOSHCA | 39634 00442 |
| 10/28/2002 | $115,000 | WD | 33556 | 00660 | Unqualified | Remodeled/Changed After Sale | HOLLEY JIAN E | ALEXANDER BARBARA J & WILLIE | 33556 00660 |
| 2/13/2002 | $295,000 | WD | 37112 | 00655 | Unqualified | Unvalidated/Deed Stamps | PARHAM TOSHCA | HOLLEY JIAN E | 37112 00655 |
| 5/24/1988 | $20,000 | | 11566 | 00205 | Unqualified | | | | 11566 00205 |

## Valuation

| | | 2024 | 2023 | 2022 | 2021 | 2020 | 2019 |
|---|---|---|---|---|---|---|---|
| | LUC | 101 | 101 | 101 | 101 | 101 | 101 |
| | Class | R3 | R3 | R3 | R3 | R3 | R3 |
| + | Land Value | $187,700 | $78,700 | $74,800 | $174,500 | $137,600 | $135,100 |
| + | Building Value | $488,700 | $308,000 | $290,200 | $304,700 | $291,700 | $286,600 |
| = | **Total Value** | **$676,400** | **$386,700** | **$365,000** | **$479,200** | **$429,300** | **$421,700** |
| | | | | | | | |
| | Assessed Value | $270,560 | $154,680 | $146,000 | $191,680 | $171,720 | $168,680 |

## Assessment Notices

2024 Assessment Notice (PDF)

2023 Assessment Notice (PDF)

## Photos



14 001000040468 12/05/2020

## Sketches




## Appeal History

| Tax Year | Hearing Type | Subkey | Notice Date | File Date | Appeal Status |
|---|---|---|---|---|---|
| 2024 | C.O.A. Notice | 1 | 06/18/2024 | | Pending Appeal |
| 2023 | C.O.A. Notice | 1 | 06/09/2023 | | Time Elapsed |
| 2022 | C.O.A. Notice | 1 | 06/17/2022 | | Time Elapsed |
| 2021 | C.O.A. Notice | 1 | 06/21/2021 | | Time Elapsed |

**No data available for the following modules:** Comp Search (Commercial), Comp Search (Vacant), Summary - Personal Property, Commercial Improvement Information, Accessory Information, Appraised Values - Personal Property, Notices.

The Fulton County Board of Assessors makes every effort to produce the most accurate information possible. No warranties, expressed or implied are provided for the data herein, its use or interpretation. The assessment information is from the last certified tax roll. All other data is subject to change.
| User Privacy Policy | GDPR Privacy Notice
Last Data Upload: 8/13/2024, 2:45:15 AM

Contact Us