Fulton County Superior Court
***EFILED***KJ
Date: 7/17/2024 10:09 AM
Che Alexander, Clerk

# IN THE SUPERIOR COURT OF FULTON COUNTYGEORGIA

TARA LEWANNA ABDULLAH
Plaintiff

Case No.: 24CV008764

vs.

PENNYMAC LOAN SERVICES, LLC
Defendant

## MOTION TO SHOW CAUSE

Here comes TARA LEWANNA ABDULLAH aka Tara L. Abdullah in this matter being a Single, American, Female the Plaintiff and may be referred to as the Plaintiff in this MOTION. Hereby make a Demand that Defendant known as PENNYMAC LOAN SERVICES, LLC and or its associates and may be referred to as the alleged "creditor" and or "loan servicer" "lender" provide and show and produce a lawful SHOW OF CAUSE for the action of foreclosure by a DEED UNDER and ASSIGNMENT AND DEED whereas recorded with the Clerk of Fulton County Superior Court in the Records and Deeds Division. The recording of any such DEED is considered a notice and does not mean it is lawful or permissible by the LAW. The Plaintiff in this matter has brought forth a Statement of Claim also known as a Complaint and provided an Affidavit in this subject matter and claims the Defendant is not in possession nor can produce any such evidence in the form of an Original Contract bearing the "wet signature" of the Plaintiff granting permission of a lawful and valid PROMISSORY NOTE and or SECUIRTY DEED in question to be sold, assigned, or transferred to overcome this Claim. The Plaintiff also claims the Defendant has failed to produce any lawful Right to Ownership or entitlement to the subject Real Property 911 Moreland Ave SE Atlanta, Georgia 30316 and no debt exist or is owed to PENNYMAC LOAN SERVICES, LLC and or its associates. The Plaintiff furthermore alleges that PENNYMAC LOAN SERVICES, LLC has violated the 5th and 14th Amendment of the US Constitution whereas DUE PROCESS is required, and a Trial by Jury must take place to proceed with a legitimate foreclosure and requires a Court ORDER OR DEMAND BY A JUDGE GRANTING PERMISSION for such action to occur.

Whereas:

PENNYMAC LOAN SERVICES, LLC is and has never been the lawful Holder nor Holder in Due Course in the subject matter and has made a false claim to having rights and or entitlement to the subject property and being in possession of a lawful legitimate PROMISSORY NOTE if one should exist.

(3)

PENNYMAC LOAN SERVICES cannot and failed to produce upon request from the Plaintiff that of original wet signatures of any such CONTRACT and or PROMISSORY NOTE AND OR SECURITY DEED by and between PENNYMAC LOAN SERVICES, LLC and TARA L. ABDULLAH aka TARA LEWANNA ABDULLAH that meet **All** the requirements as outlined in O.C.G.A§11-3-30 and UCC §3-303 of such that MUST Whereas where there is no Contract there is no Right of CLAIM and the Plaintiff argues that no agreement was ever reached.

**1. Be a Holder of a negotiable instrument holder and must be a natural person**

**2. Have taken it: signed by both parties**

**a) for value,**

**b) in good faith,**

**c) without notice**

**(1) that it is overdue or**

**(2) has been dishonored (not paid), or**

**(3) is subject to a valid claim or defense by any party, or**

**(4) that there is an uncured default with respect to payment of another instrument issued as part of the same series, or**

**(5) that it contains an unauthorized signature or has been altered, and**

**3. Have no reason to question its authenticity on account of apparent evidence of forgery, alteration, irregularity or incompleteness therefore being enforceable.**

The PLAINTIFF in this matter further claims PENNYMAC LOAN SERVICES, LLC has Charged Off this alleged debt according to 7CFR§1956.136(b)1,2(i) and could not lawfully pursue the Plaintiff or the subject property.

(3)

The Plaintiff in this subject matter request that the Court hear and decide in favor of the Plaintiff without a hearing if the Defendant fails to submit a timely Answer to the Court and fails to submit lawful and valid proof of entitlement to have taken such action.

Respectfully submitted,

Dated: 7/16/2024

Signatures(s) ______________

Printed Name:(s) SARA LEHMANN ABOULEISH

Address: 1273 Metropolitan Ave SE

#18114

Atlanta, Georgia 30316

Phone: 404-964-3421