Fulton County Superior Court
***EFILED***KJ
Date: 7/17/2024 10:09 AM
Che Alexander, Clerk

# IN THE SUPERIOR COURT OF FULTON COUNTYGEORGIA

TARA LEWANNA ABDULLAH
Plaintiff

Case No.: 24CV008764

vs.

PENNYMAC LOAN SERVICES, LLC
Defendant

## MOTION TO RESCIND AND SET ASIDE DEED UNDER POWER AND ASSIGNMENT OF DEED

Here comes Tara L. Abdullah aka Tara Lewanna Abdullah single, American, female the LAWFUL Owner and or HOLDER IN DUE COURSE in this subject matter of REAL PROPERTY as it pertains to 911 Moreland Ave SE Atlanta, Georgia 30316 purchased February 25, 2022. With a show of cause to SET A SIDE DEED INDER POWER AND ASSIGNMENT OF DEED filed by PENNYMAC LOAN SERVICES, LLC and or its associates/representatives

WHEREAS:

(1)

PENNYMAC LOAN SERVICES, LLC has no lawful Rights and or Powers to file such ASSIGNMENT OF DEED or DEED UNDER POWER with the Clerk of Superior Court in Fulton County Georgia. The lawful Owner and "HOLDER IN DUE COURSE" in this subject matter being TARA L. ABDULLAH aka TARA LEWANNA ABDULLAH. The Defendant in this matter is not nor has ever been the "HOLDER IN DUE COURSE"

(2)

The Plaintiff in this matter denies ever given permission for the alleged "lender" "loan servicer" to act in the capacity of an Attorney in fact, Agent, or granting Power of Attorney and there is no evidence of this with a wet ink signature bearing the Plaintiff in this subject matter signature.

(3)

PENNYMAC LOAN SERVICES. LLC HAS VIOLATED all statues of the O.C.G.A as it relates to FORCLOSURE SALES, ASSIGNMENT OF DEEDS, and DEED UNDER POWER and NOTICES of such deeming these actions to not be valid or enforceable as noted in the original COMPLANT filed with this MOTION.

(4)

PENNYMAC LOAN SERVICES, LLC has failed to produce any LAWFUL RIGHTS OR ENTITLMENT to the subject property as required before the filing of any such DEED as mentioned in the original complaint filed with this MOTION.

(5)

PENNYMAC LOAN SERVICES, LLC has violated the LAW as pertains to providing a WET SIGNATURES of all parties of interest involved in the signing of any such DEED or documents for recording with the County Clerk as also mentioned in the original COMPLAINT filed with this MOTION.

The Plaintiff in this matter Parys that the court hears this Motion and renders a lawfully Order based on Truth, Facts, and Law.

Date: 7/15/2024

Signatures(s) Tara Lewanna Aboulah

Printed Name:(s) TARA LEWANNA ABOULAH

Address: 1273 Metropolitan Ave SE

#18114

Atlanta, Georgia 30316

Phone: 404-964-3421

# Affidavit

Georgia
County of Fulton

The undersigned, TARA LEWANNA ABDULLAH AKA TARA L. ABDULLAH, being duly sworn, hereby deposes and says:

1. I am over the age of 18 and am a resident of Georgia. I have personal knowledge of the facts herein, and, if called as a witness, could testify completely thereto.

2. I suffer no legal disabilities and have personal knowledge of the facts set forth below.

3. TARA LEWANNA ABDULLAH aka TARA L. ABDULLAH single American, Female and may be referred to as the Owner, Purchaser, Borrower, and Grantor and or HOLDER IN DUE COURSE of said Real Property being 911 Moreland Ave SE Atlanta, Georgia 30316 purchased February 25, 2022 for the amount of $386,725 U.S.D and no other person or Entity has any lawful claim or Right to the mentioned property in this subject matter of OWNERSHIP. Whereas TARA LEWANNA ABDULLAH has not ever knowingly given permission for MORTGAGE ELECTRONIC REGISTRATION SYSTEMS OR CARDINAL FINANCIAL CORP, LLP to ASSIGN the NOTE to any ENTITY. Whereas CARDINAL FINANCIAL CORP, LLP unlawfully sold, transferred, and or assigned the ORGINAL NOTE deeming the action unlawful and unenforceable due the Mortgage and Note must "stay together. WHEREAS THE NOTE AND SECURITY DEED HAVE BEEN SPEERATED IN THIS SUBJECT MATTER and PENNYMAC LOAN SERVICES, LLC is not the ORGINIAL "HOLDER IN DUE COURSE" IN THIS MATTER WHEREAS NO ORGINAL WET INK SIGNATURE has been provided as proof OF LAWFUL RIGHTS of OWNERSHIP to the proper Agency and TARA L. ABDULLA AKA TARA LEWANNA ABDULLAH makes a claim violations of the 5th and 14th Amendment pursuant to the United States Constitution.

I declare that, to the best of my knowledge and belief, the information herein is true, correct, and complete.

Executed this 11th day of July, 2024.

Tara Lewanna Abdullah

TARA LEWANNA ABDULLAH aka TARA L. ABDULLAH

# NOTARY ACKNOWLEDGMENT

Georgia, County of Fulton, ss:

On this 11th day of July, 2024 before me, CATHERINE ANN HURLEY, personally appeared TARA LEWANNA ABDULLAH aka TARA L. ABDULLAH, known to me (or satisfactorily proven) to be the persons whose names are subscribed to the within Affidavit, and, being first duly sworn on oath according to law, deposes and says that they have read the foregoing Affidavit subscribed by them and that the matters stated herein are true to the best of their information, knowledge, and belief.

In witness whereof I hereunto set my hand and official seal.

Catherine Ann Hurley

Notary Public

NOTARY PUBLIC

Title (and Rank)

My commission expires 7/5/2026

CATHERINE ANN HURLEY
MY COMMISSION EXPIRES
NOTARY PUBLIC
JULY 05, 2026
FULTON COUNTY, GEORGIA