**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

TARA LEWANNA ABDULLAH,

Plaintiff,

v.

PENNYMAC LOAN SERVICES, LLC,

Defendant.

Case No. 1:24-cv-03627-SDG-RGV

# MOTION TO DISMISS

COMES NOW, PennyMac Loan Services, LLC ("PennyMac"), and hereby moves this Court to dismiss the Plaintiff's Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. In support of this motion, PennyMac is filing contemporaneously herewith its memorandum of law containing argument and citation of authority.

WHEREFORE, PennyMac prays for relief as follows:

a) that this Court grant its Motion to Dismiss upon a finding that the Plaintiff has failed to state any claim upon which relief can be granted; and

b) For any other relief that this Court deems just and proper.

Respectfully submitted, this 23rd day of August, 2024.

*/s/ Bret Chaness*
BRET CHANESS (GA Bar No. 720572)
**RUBIN LUBLIN, LLC**
3145 Avalon Ridge Place, Suite 10
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(470) 508-9203(Facsimile)
bchaness@rlselaw.com

*Attorney for PennyMac Loan Services, LLC*

## L.R. 7.1(D) CERTIFICATION

I certify that this document has been prepared with a font and point selection approved by the Court in Local Rule 5.1(C). Specifically, this document has been prepared using 14-pt Times New Roman Font.

*/s/ Bret Chaness*
BRET CHANESS (GA Bar No. 720572)

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 23rd day of August, 2024, served all parties in this matter with the foregoing by placing a true and correct copy of same in the United States Mail, with first-class prepaid postage affixed thereto, properly addressed as follows:

Tara Lewanna Abdullah
1273 Metropolitan Ave. SE
#18114
Atlanta, GA 30316

*/s/ Bret Chaness*
BRET CHANESS (GA Bar No. 720572)