EXHIBIT "C"

Deed Book 67652 Page 521
Filed and Recorded 03/08/2024 12:42:00 PM
2024-0033316
CHÉ ALEXANDER
Clerk of Superior Court
Fulton County, GA
Participant IDs: 4705915718

File No.: PNY-23-04006

RECORD AND RETURN TO:
Rubin Lublin, LLC
3145 Avalon Ridge Place
Suite 100
Peachtree Corners, GA 30071
(770) 246-3300
PARCEL ID: 14 -0010-0004-046-8

CROSS INDEX TO DEED BOOK 65337, PAGE 109, FULTON COUNTY, GEORGIA RECORDS

STATE OF Texas

COUNTY OF Tarrant

**DEED UNDER POWER**

THIS INDENTURE, dated February 6, 2024, by TARA L ABDULLAH ("Borrower") acting through his or her duly appointed agent and attorney in fact PENNYMAC LOAN SERVICES, LLC ("Lender") as party of the first part, and PENNYMAC LOAN SERVICES, LLC as party of the second part:

WITNESSETH:

WHEREAS, Borrower executed and delivered to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS GRANTEE, AS NOMINEE FOR CARDINAL FINANCIAL COMPANY, LIMITED PARTNERSHIP , ITS SUCCESSORS AND ASSIGNS., ITS SUCCESSORS AND ASSIGNS, that certain Security Deed dated February 25, 2022, and recorded February 28, 2022 in Deed Book 65337, Page 109, Fulton County, Georgia Records, conveying the after-described property, as last transferred to PennyMac Loan Services, LLC, by Assignment, if required, pursuant to O.C.G.A. §44-14-162, to secure the payment of a Promissory Note of even date therewith, in the original principal amount of Three Hundred Seventy-Nine Thousand Seven Hundred Nineteen and 00/100 dollars ($379,719.00); and

WHEREAS, default in the payment under said Note occurred, and whereas by reason of said default, Lender elected, pursuant to the terms of said Deed and Note, and declared the entire principal and interest immediately due and payable; and

WHEREAS, Lender did perform a diligent search of the bankruptcy records for each known Borrower and determined that Lender was not subject to an automatic stay in bankruptcy both at the time foreclosure proceedings commenced and the time the Property was sold; and

WHEREAS, the entire indebtedness remaining in default, and in accordance with the terms of said Security Deed, Lender did advertise said property for sale once a week for four (4) weeks immediately preceding the sale in the newspaper in Fulton County, Georgia, wherein the Sheriff carried his advertisement, namely South Fulton Neighbor; and

WHEREAS, notice was given in compliance with Georgia Laws 1981, Volume I, Page 834, codified as O.C.G.A. §§ 44-14-162.2 and 44-14-162.4. The notice required was rendered by mailing a copy of the Notice of Sale Under Power that was submitted to the publisher of South Fulton Neighbor, to the Borrower and any other "Debtor" (as defined by O.C.G.A. § 44-14-162.1) at least thirty (30) days prior to the foreclosure sale date of February 06, 2024; and



https://search.gsccca.org/Imaging/HTML5Viewer.aspx?id=85538411&key1=67652&key2=521&county=60&countyname=FULTON&userid=142626&ap… 1/3

WHEREAS, Lender did expose said land for sale to the highest bidder for cash on the first Tuesday in February, 2024, within the legal hours of sale at the Fulton County Courthouse and offered said property for sale at public outcry to the highest bidder for cash when and where Party of the Second Part bid Three Hundred Ninety-Seven Thousand Three Hundred Ninety-Two and 18/100 dollars ($397,392.18) and;

WHEREAS, said property was auctioned off to the Party of the Second Part for the aforementioned sum of money in cash.

NOW, THEREFORE, in consideration of the premises and said sum of money and by virtue of and in the exercise of the power of sale contained in the Security Deed, the Party of the First Part has bargained, sold, granted and conveyed, and by these presents does hereby bargain, sell, grant and convey to the Party of the Second Part, said Party's representatives, heirs, successors and assigns, the following described property:

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT NO. 10, OF THE 14TH DISTRICT OF FULTON COUNTY, GEORGIA, IN THE CITY OF ATLANTA, BEING LOT. NO. 19, BLOCK 1, HIRSH PROPERTY SUBDIVISION, AS MORE PARTICULARLY SHOWN ON SURVEY PREPARED BY GEORGIA LAND SURVEYING CO., INC. DATED OCTOBER 9, 1979, SAID PROPERTY BEING IMPROVED PROPERTY NOW OR FORMERLY KNOWN AS 911 MORELAND AVENUE SOUTHEAST, ACCORDING TO THE PRESENT SYSTEM OF NUMBERING IN FULTON COUNTY, GEORGIA AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT AN IRON PIN FOUND ON THE WESTERN SIDE OF MORELAND AVENUE 111 .0 FEET SOUTHERLY FROM ITS INTERSECTION WITH THE SOUTHERN SIDE OF EDEN AVENUE; RUNNING THENCE SOUTHERLY ON AND ALONG THE WESTERN SIDE OF MORELAND AVENUE 50.0 FEET TO AN IRON PIN FOUND; RUNNING THENCE WESTERLY 200.0 FEET TO AN IRON PIN FOUND ON THE EASTERN SIDE OF A 10 FOOT ALLEY; RUNNING THENCE NORTHERLY ON AND ALONG THE EASTERN SIDE OF SAID ALLEY 50.0 FEET TO AN IRON PIN FOUND; RUNNING THENCE EASTERLY 200.0 FEET TO THE IRON PIN FOUND AT THE POINT OF BEGINNING.

THIS PROPERTY IS NOW OR WAS FORMERLY KNOWN AS 911 Moreland Ave SE, Atlanta, GA 30316

Together with all rights, members and appurtenances thereto, also all the estate, right, title, interest, claim or demand of Party of the First Part, or said Party`s representatives, heirs, successors and assigns, legal, equitable or otherwise whatsoever, in and to the same.

THIS CONVEYANCE IS SUBJECT TO all zoning ordinances; matters which would be disclosed by an accurate survey or by an inspection of the property; any outstanding taxes, including but not limited to ad valorem taxes, which constitute liens upon said property; all restrictive covenants, easements, rights-of-way and any other matters of record superior to said Security Deed.



https://search.gsccca.org/Imaging/HTML5Viewer.aspx?id=85538411&key1=67652&key2=521&county=60&countyname=FULTON&userid=142626&ap… 2/3

Deed Book 67652 Page 523
CHÉ ALEXANDER
Clerk of Superior Court

TO HAVE AND TO HOLD the said property and every part thereof unto the Party of the Second Part and said Party's representatives, heirs, successors and assigns, to said Party's own proper use, benefit and behoof in FEE SIMPLE, in as full and ample a manner as said Party of the First Part or said Party's representatives, heirs, successors and assigns, did hold and enjoy the same.

IN WITNESS WHEREOF, Lender as Attorney in Fact for Borrower has affixed its hand and seal on this 5 day of March, 2024 to be effective as of the date first above written.

**Signed, Sealed and Delivered in the presence of:**

Unofficial Witness

Notary Public

My Commission Expires: 1/24/2026

(Notary Seal)

DAVID PEREZ
Notary ID #130608369
My Commission Expires
January 24, 2026
NOTARY PUBLIC STATE OF TEXAS

**BY PENNYMAC LOAN SERVICES, LLC AS ATTORNEY IN FACT FOR TARA L ABDULLAH**

By: ____________ (L.S.)
Printed Name: Lizet Rodriguez
Title: "Authorized Representative"

Attest: ____________ (L.S.)
Printed Name: Catherine Spivey
Title: Authorized Representative
(Corporate Seal)



https://search.gsccca.org/Imaging/HTML5Viewer.aspx?id=85538411&key1=67652&key2=521&county=60&countyname=FULTON&userid=142626&ap… 3/3