# EXHIBIT "D"

**IT IS ORDERED as set forth below:**

**Date: April 25, 2024**

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO 24-51300-SMS** |
| | : | |
| **TARA LEWANNA ABDULLAH** | : | **CHAPTER 7** |
| | : | |
| **Debtor** | : | |
| **PENNYMAC LOAN SERVICES, LLC, Movant,** | : | |
| | : | **CONTESTED MATTER** |
| **vs.** | : | |
| **TARA LEWANNA ABDULLAH JASON L. PETTIE, Trustee Respondents.** | : | |

## ORDER MODIFYING AUTOMATIC STAY

PennyMac Loan Services, LLC, for itself, its successors and assigns (the "Movant"), filed a *Motion for Relief from Automatic Stay (Real Property) or in the Alternative Motion to Annul the Automatic Stay Retroactively to February 5, 2024* (the "Motion") April 8, 2024, which was set for hearing **April 24, 2024** (the "Hearing"). Movant seeks relief as to Debtor`s real property

located in Fulton County, Georgia, now or formerly known as 911 Moreland Ave SE, Atlanta, GA 30316 (the "Property"), as more particularly described on Exhibit "A" attached to the Motion.

Movant asserts that the Motion was properly served and hearing properly noticed. At the Hearing, the Court heard arguments of counsel for Movant and the Pro Se Debtor. The Trustee did not appear in opposition the relief sought. Based on the arguments presented to the Court, the Court determines that there was no active stay as to the Property at the time of the initial filing on February 5, 2024 and the automatic stay did not go into effect as to the Property until the reinstatement of the case on March 20, 2024 after the petition was amended. Accordingly, it is hereby

**ORDERED** that the Motion is ***granted***: the automatic stay of 11 U.S.C. § 362 is **MODIFIED** to allow Movant to proceed with an action to evict and take possession of the Property thereof in pursuit of its state law remedies. The 14 day stay provided in Bankruptcy Rule 4001(a)(3) shall not apply to this Order and Movant may proceed without further delay.

**[END OF DOCUMENT]**

Prepared and Submitted by:

/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rlselaw.com
Attorney for Creditor

DISTRIBUTION LIST

Tara Lewanna Abdullah
1273 Metropolitan Ave SE
Box 18114
Atlanta, GA 30316

Jason L. Pettie, Trustee
Taylor English Duma
Suite 200
1600 Parkwood Circle SE
Atlanta, GA 30339

United States Trustee
Office of the US Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Lisa F. Caplan, Esq.
Rubin Lublin, LLC
3145 Avalon Ridge Place
Suite 100
Peachtree Corners, GA 30071