# EXHIBIT "E"

**IT IS ORDERED as set forth below:**

**Date: April 26, 2024**

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In Re: | CASE NUMBER: |
| **TARA LEWANNA ABDULLAH,** | **24-51300-SMS** |
| Debtor. | CHAPTER 7 |

**ORDER DENYING DEBTOR'S MOTIONS**

Before the Court are the *Motion to Redeem Property* (Doc. 29), the *Objection to Entry of Appearance and Request for Proof of Retainement [sic]* (Doc. 31), the *Motion for Sanction as to PENNYMAC LOAN SERVICES, LLC* (Doc. 38), the *Motion for Sanctions as to RUBIN LUBLIN, LLC* (Doc. 39), and the *Motion to Withdraw Counsel* (Doc. 43) (collectively, the "Debtor's Motions") all filed *pro se* by Tara Lewanna Abdullah ("Debtor"). The Court held a hearing on the Debtor's Motions on April 24, 2024 (the "Hearing").[1] Present at the Hearing were Debtor, appearing *pro se*, and counsel for Lisa Caplan, PennyMac Loan Services, LLC, and Rubin Lublin, LLC.

---

[1] The Court also held a hearing on PennyMac Loan Services, LLC's motion for relief from the automatic stay. The Court will enter a separate order on that motion.

The Court having read and considered the Pleadings, and having heard and considered the arguments of the parties and the record in this case, for the reasons stated on the record at the Hearing, it is

**ORDERED** that the *Motion to Redeem Property* (Doc. 29) is **DENIED as moot**. It is further

**ORDERED** that the *Objection to Entry of Appearance and Request for Proof of Retainement [sic]* (Doc. 31) is **DENIED**. It is further

**ORDERED** that the *Motion for Sanction as to PENNYMAC LOAN SERVICES, LLC* (Doc. 38) is **DENIED as moot**. It is further

**ORDERED** that the *Motion for Sanctions as to RUBIN LUBLIN, LLC* (Doc. 39) is **DENIED**. It is further

**ORDERED** that the *Motion to Withdraw Counsel* (Doc. 43) is **DENIED**.

In addition to the Motions, Debtor also filed a *Motion to Compel or Withdraw Counsel Rubin Lublin, LLC* (Doc. 53) on April 24, 2024, seeking the same relief as the *Objection to Entry of Appearance and Request for Proof of Retainement [sic]* (Doc. 31). For the same reasons stated on the record at the Hearing for denying that objection, it is further

**ORDERED** that the *Motion to Compel or Withdraw Counsel Rubin Lublin, LLC* (Doc. 53) is **DENIED**.

The Clerk is directed to serve a copy of this Order on the attached distribution list.

**END OF DOCUMENT**

**<u>Distribution List</u>**

Tara Lewanna Abdullah
1273 Metropolitan Ave SE
Box 18114
Atlanta, GA 30316

Lisa F. Caplan
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071

Jason L. Pettie
Taylor English Duma
Suite 200
1600 Parkwood Circle SE
Atlanta, GA 30339

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303