IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TARA LEWANNA ABDULLAH
Plaintiff

vs.

PENNYMAC LOAN SERVICES, LLC
Defendant

Case No.: 24-cv-03627

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 22 2024
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

# MOTION TO DISMISS

Comes Now, TARA LEWANNA ABDULLAH "Plaintiff" a.k.a TARA L. ABDULLAH in this subject matter for the sake thereof whereas legal documents have been filed in the name "abbreviated name" of TARA L. ABDULLAH and not the "birth" name in its entirety as documented and recorded with Vital Records and documented on the Plaintiff's Birth Certificate and or Certificate of Live Birth, bearing the complete and correct name given at "birth" of TARA LEWANNA ABDULLAH. "Plaintiff" OBJECTS TO THE REMOVAL. Whereas the Original Case filed in THE SUPERIOR COURT OF FULTON COUNTY STATE OF GEORGIA HAS JUSISDICTION IN THIS SUBJECT MATTER. Whereas the Defendants alleged Counsel failed to:

**Background:** Plaintiff in this matter served a Summons and Complaint of SUMMONS AND Complaint of Strict Tort to the appropriate PENNNYMAC LOAN SERVICES, LLC Registered Agent for the Corporation on July 17, 2024. Whereas alleged "Counsel" or the Representative failed to Answer in a timely manner within 15 days of receiving the Summons. No ENTRY OF APPEREANCE was filed with the Court nor did the Plaintiff receive any legal NOTICE of such. These violations and Act occurred after the ORDER was handed down by Judge Eric Dunaway and the Defendant alleged "Counsel" is in violation of cited O.C.G.A and GA. Rules as mentioned here in this MOTION TO DISMISS.

(1)

The Notice Contained fatal errors in the NOTICE to the lower COURT. Whereas no such case exist that was filed into and the Plaintiff did not receive any such Notice due to the errors and was filed into another case. Case incorrectly and cannot be considered as NOTICE. (See EXHIBIT A). Violation of Rule 4.2 and

15 days of receiving the SUMMONS and now being more than 30 days. Whereas, The Plaintiff filed for a Notarized AFFIDAVIT AND REQUEST FOR DEFAULT JUDGEMENT in the SUPERIOR COURT OF FULTON COUNTY GEORGIA on **August 6, 2024,** whereas the Honorable Judge Eric Dunaway signed and Filed with the Court The ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT on August 21, 2024 at 10:36 AM The ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT was GRANTED on August 21, 2024 AT 10:32 am (during official operating hours of the Court) (See EXHIBIT A). Time is of he essence in this matter.

(2)

Whereas, Bret J. Chaness and or BRET J, CHANESS (GA. Bar No. 7020772) alleged "Counsel" for the Defendant in this matter is in violation of **O.C.G.A 9-11-12** by EFILING an "**Untimely**" NOTICE at 4:32 PM August 21, 2024 whereas the Filing is not entitled to be heard According to **O.C.G.A. 24-2.201(e).** The NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT was EFILED at such a time after the executed and documented ORDER and also in Violation of Ga. **Rule 4.2 Entry OF appearance and Pleadings** (see Exhibit B)

(4)

Whereas this COURT has Jurisdiction **"now"** and no Jury was elected at the such time Plaintiff filed the COMPLAINT OF STRICT TORT 7/15/2024 and This Court had Jurisdiction at such time of filing the erroneous, fraudulent, and with merit that contain errors and lack date and time of said filings with the "Clerk" ASSIGNMENT OF SECURITY DEED filed by the Defendant and "DEED UNDER POWER" with the CLERK OF SUPERIOR COURT IN FULTON COUNTY GEORGIA. Whereas the filings are DEFICIENT and not to be considered whereas a MOTION TO RESCIND AND SET A SIDE was filed that went unanswered. (See attached certified copies EXHBIT C)

(5)

Whereas in this matter according to Ga. Rule 4.2 the alleged "Counsel" gives 1. Notice without making an ENTRY OF APPEAREANCE 2. Filed a Case 4 days prior to filing in U.S. District Court whereas the Filing is Deficient for lack of Service to the Plaintiff and entitled to be DISMISSED for Lack of or Improper Service.

(6)

Whereas supporting documentation has been provided in support of each rule and violations thereof. The Plaintiff in this matter inclined to believe that the Defendant's alleged "Counsel" Brett J. Chaness is committing the Willful Act unlawfully STALKING AND HARASSING, ABUSE OF POWER, demonstrating Misconduct, and Intentionally Causing harm being mental anguish,

emotional stress, financially, and burdening the Plaintiff without lawful cause and has not provided a lawful reason to bother the Plaintiff for any matter, filing of erroneous Complaints, Motions, and or Pleadings with Disregard to Federal Rules, State Laws and Statues. The Plaintiff will make a report today with proper Agency to obtain a restraining order, report to the Ga. Bar Association and any other action DEEMED NECESSARY TO PROTECT THE WELL BEING OF SELF and Property and Personal belongings.

Signatures(s) [signature]

Printed Name:(s) TARA LEWANNA ABOULLAH

Address: 1273 Metropolitan Ave SE

#18114

Atlanta, Georgia 30316

Phone: 404-964-3421

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

TARA LEWANNA ABDULLAH,

Plaintiff,

v.

PENNYMAC LOAN SERVICES, LLC,

Defendant.

Case No. 24-cv-03627

**NOTICE OF REMOVAL**

COMES NOW, PennyMac Loan Services, LLC ("PennyMac"), Defendant in the above-styled civil action, and files this Notice of Removal, hereby removing this action to the United States District Court for the Northern District of Georgia, Atlanta Division. PennyMac states the following grounds in support of removal:

1. On July 15, 2024, Plaintiff Tara Lewanna Abdullah (the "Plaintiff") filed her Complaint against PennyMac in the Superior Court of Fulton County, Georgia. This case is styled as *Abdullah v. PennyMac Loan Services, LLC* and was assigned Case No. 24CV008764 (the "State Court Action"). True and correct copies of all filings to date in the State Court Action are collectively attached hereto as **Exhibit "A"**.

2. PennyMac was served with process on July 17, 2024. Because this Notice of Removal is being filed within 30 days of service on PennyMac, removal is timely under 28 U.S.C. § 1446(b)(1).

3. The United States District Court for the Northern District of Georgia, Atlanta Division, embraces Fulton County, Georgia. Removal to this Court is therefore proper under 28 U.S.C. § 1441(a).

4. This Notice of Removal is being filed in accordance with 28 U.S.C. § 1446 and Fed. R. Civ. P. 81(c). In compliance with 28 U.S.C. § 1446(d), PennyMac will, upon docketing of the Notice of Removal in this Court, file a copy of the Notice of Removal with the Clerk of the Superior Court of Fulton County, Georgia.

## FEDERAL QUESTION JURISDICTION

5. This Court possesses federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331 because the Complaint raises issues and claims under the laws of the United States. Specifically, the Plaintiff is asserting a claim under 11 U.S.C. § 362, for an alleged violation of the automatic stay provided for in the Bankruptcy Code. *See* Compl. at ¶ 1. The Plaintiff is also asserting claims under the Fourth and Fifteenth Amendments to the U.S. Constitution. *See id.* at p. 1 (introduction paragraph).

6. This Court has supplemental jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. §§ 1367(a). This Court possesses "supplemental jurisdiction over all state law claims which arise out of a common nucleus of operative fact with a substantial federal claim." *Parker v. Scrap Metal Processors, Inc.*, 468 F.3d 733, 742-43 (11th Cir. 2006) (citation omitted).

7. The Plaintiff's state law claims all challenge the foreclosure sale of the real property located at 911 Moreland Avenue SE, Atlanta, Georgia (the "Property"). *See* Compl. at ¶¶ 1-8. The Plaintiff's federal claims also relate to the foreclosure sale. *See id.* at ¶ 1. Because the state law claims arise from the same nucleus of operative fact as the federal claims, this Court can properly exercise supplemental jurisdiction over the state law claims at issue.

**DIVERSITY JURISDICTION**

8. This Court also possesses diversity jurisdiction pursuant to 28 U.S.C. § 1332(a) because this is a suit between citizens of different states and the amount in controversy exceeds $75,000.00.

9. The Plaintiff is domiciled in Georgia. *See* Compl. at signature page; *see also In re Abdullah*, No. 24-51300-sms, [Doc. 19] at p. 9 (Bankr. N.D. Ga.). Therefore, the Plaintiff is a citizen of Georgia for purposes of diversity jurisdiction.

10. PennyMac is a limited liability company. "When determining citizenship of the parties for diversity jurisdiction purposes, a limited liability

company (LLC) is a citizen of every state that any member is a citizen of." *Purchasing Power, LLC v. Bluestem Brands, Inc.*, 851 F.3d 1218, 1220 (11th Cir. 2017). PennyMac's sole member is Private National Mortgage Acceptance Company, LLC, which has two members: (1) PNMAC Holdings, Inc., which is a Delaware corporation with its principal place of business in California; and (2) PennyMac Financial Services, Inc., which is a Delaware corporation with its principal place of business in California. Thus, PennyMac is a citizen of Delaware and California for purposes of diversity jurisdiction.

11. The Plaintiff is seeking $1,000,000.00 in damages from PennyMac, or in the alternative, title to the Property. *See* Compl. at ¶ 8. The Fulton County Tax Assessor values the Property at $676,400.00. A true and correct copy of the Tax Assessor's record is attached hereto as **Exhibit "B"**. Under either request for relief, the amount in controversy exceeds $75,000.00.

12. Because the Plaintiff is a citizen of Georgia, PennyMac is a citizen of Delaware and California, and the amount in controversy exceeds $75,000.00, this Court possesses diversity jurisdiction under 28 U.S.C. § 1332(a).

15. By filing this Notice of Removal, PennyMac does not waive any of its jurisdictional objections or affirmative defenses.

WHEREFORE, PennyMac prays that the State Court Action proceed in this Court as an action properly removed, and that no further proceedings be had in said State Court Action.

Respectfully submitted, this 16th day of August, 2024.

*/s/ Bret Chaness*
BRET CHANESS (GA Bar No. 720572)
**RUBIN LUBLIN, LLC**
3145 Avalon Ridge Place, Suite 10
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(470) 508-9203(Facsimile)
bchaness@rlselaw.com

*Attorney for PennyMac Loan Services, LLC*

## L.R. 7.1(D) CERTIFICATION

I certify that this document has been prepared with a font and point selection approved by the Court in Local Rule 5.1(C). Specifically, this document has been prepared using 14-pt Times New Roman Font.

*/s/ Bret Chaness*
BRET CHANESS (GA Bar No. 720572)

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 16th day of August, 2024, served all parties in this matter with the foregoing by placing a true and correct copy of same in the United States Mail, with first-class prepaid postage affixed thereto, properly addressed as follows:

Tara Lewanna Abdullah
1273 Metropolitan Ave. SE
#18114
Atlanta, GA 30316

*/s/ Bret Chaness*
BRET CHANESS (GA Bar No. 720572)

Fulton County Superior Court
***EFILED***RM
Date: 8/21/2024 10:36 AM
Che Alexander, Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **TARA ABDULLAH**<br>Plaintiff,<br>v.<br>**PENNYMAC LOAN SERVICES, LLC.,**<br>Defendant. | Case No. 24CV008764<br>Judge Eric Dunaway |

**ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

This case is before the Court on Plaintiff's Motion for Default Judgment. Defendant has not responded to any of Plaintiff's filings nor sought relief with the Court.

"A defendant shall serve his answer within 30 days after the service of the summons and complaint upon him, unless otherwise provided by statute." O.C.G.A. § 9-11-12(a). Where a defendant fails to file an answer within 30 days, the case "shall automatically become in default" unless the time for filing an answer has been extended. O.C.G.A. § 9-11-55(a). Defendant was served July 17th, 2024. As of the date of this order, the 30-day window has closed, and Defendant is automatically in default.

This default may be opened as a matter of right within 15 days of the day of default:

> "Upon the payment of costs, a prejudgment default may be opened under OCGA § 9–11–55 (b) on one of three grounds if four conditions are met. The three grounds are: (1) providential cause, (2) excusable neglect, and (3) proper case; the four conditions are: (1) showing made under oath, (2) offer to plead instanter, (3) announcement of ready to proceed with trial, and (4) setting up a meritorious defense. This court has previously held that the "showing" required by this Code section to be made "under oath" includes the showing of a "meritorious defense.""

*Williams v. HSBC Mortgage Services, Inc.* 340 Ga. App. 887, 888, 796 S.E.2d 923, 924 (2017) (citing *SunTrust Bank v. Perry*, 233 Ga. App. 701, 505 S.E.2d 230 (1998)). If defendant fails to satisfy the above conditions within 15 days of the entry of default, the plaintiff "at any time

thereafter shall be entitled to verdict and judgment by default". O.C.G.A. § 9-11-55(a). Defendants are advised that a notice of appeal must be filed within thirty (30) days after entry of the appealable decision or judgment. O.C.G.A. § 5-6-38.

Plaintiff's motion is GRANTED. Defendant is in DEFAULT.

SO ORDERED this 21 day of August, 2024.

HON. ERIC DUNAWAY
Fulton County Superior Court
Atlanta Judicial Circuit

Filed and served electronically via Odyssey eFileGA

Also served via U.S. Mail to:
**C T CORPORATION SYSTEM**
**289 S Culver St,**
**Lawrenceville, GA, 30046-4805**

**IN THE Superior ...._ COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

TARA LEWANNA ABDULLAH, Plaintiff/Landlord

v. File No. 24-CV008764

PENNYMAC LOAN SERVICES, LLC, Defendant/Tenant

## AFFIDAVIT and REQUEST FOR DEFAULT JUDGMENT

Plaintiff declares that Defendant(s) has/have failed to answer and has/have failed to open the default by filing an answer and paying court costs no later than 15 days after the date of the default. Defendant was served [ ] personally, or [✓] notoriously on 7/17/, 2024, and proof of service was filed with the Magistrate Court on 7/19/, 2024

[ ] Defendant is an individual and I have attached a military affidavit, pursuant to 50 U.S.C. appx. § 521 (Servicemembers Civil Relief Act); or [ ] Defendant is not an individual so a military affidavit is unnecessary.

Plaintiff requests default judgment in the amount of $~~1,000,000~~ $1,000,000. (TOTAL), itemized as follows: $1,000,000 Principle; $~~386,725~~ 8% Interest; $1,000 ~~Attorney~~'s Fees; and $300 Court Costs. (OR) Restoration of Title of said property (Preffered) Restored to lawful owner Tara Lewanna Abdullah (PER TORT)

Tara Lewanna Abdullah
Signature of Affiant

Subscribed and sworn to before me this 6th day of Aug., 2024

MARVIN WOOLEY NOTARY PUBLIC COMMISSION EXPIRES Jan. 21, 2027 DEKALB COUNTY, GA

Marvin Wooley
Notary Public/Clerk/Deputy Clerk

Printed/Typed Name of Affiant

## ORDER GRANTING DEFAULT JUDGMENT

It appearing to the Court that Defendant(s) has/have failed to file an answer in the above-styled matter in the time required by law, after service has been perfected, the case being in default, it is, hereby ORDERED AN ADJUDGED that Plaintiff(s) have judgment and shall recover the sum of $__________(TOTAL), itemized as follows: $__________Principal; $__________Interest; $__________ Attorney's Fees; and $__________Court Costs.

SO ORDERED this _____day of ____________, 20___.

Judge [____________], Magistrate Court of Fulton County

PG 1 of 9

Fulton County Superior Court
***EFILED***KJ
Date: 7/15/2024 2:43 PM
Che Alexander, Clerk

# IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA

136 PRYOR STREET, ROOM J2 C-103, ATLANTA, GEORGIA 30303

## SUMMONS

TARA LEWANNA ABDULLAH ) Case No.: 24CV008764

Plaintiff,

vs.

PENNYMAC LOAN SERVICES LLC

Defendant

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file electronically with the Clerk of said Court at https://efilega.tylertech.cloud/OfsEfsp/ui/landing (unless you are exempt from filing electronically) and serve upon plaintiff's attorney, whose name and address is:

TARA LEWANNA ABDULLAH
1273 Metropolitan Ave SE #18114
Atlanta, Georgia 30316

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed within five (5) business days of such service. Then time to answer shall not commence until such proof of service has been filed. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

This 7/15/2024 day of ____________, 20 ____

Honorable Ché Alexander, Clerk of Superior Court

By Kalia Jones
Deputy Clerk

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you ____________, 20____

Deputy Sheriff

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used

2 of 9

GEORGIA, FULTON COUNTY
I, DO CERTIFY THAT THE WITHIN AND FOREGOING IS A TRUE, COMPLETE AND CORRECT COPY OF THE ORIGINAL IN SAID CASE, AS APPEARS BY THE ORIGINAL ON FILE IN THE OFFICE OF THE CLERK OF FULTON SUPERIOR COURT CONSISTING OF 1 PAGES.
WITNESS MY HAND AND THE SEAL OF SAID COURT THIS THE 17 DAY OF July 20 24

DEPUTY CLERK, FULTON SUPERIOR COURT
Ché Alexander
CLERK OF THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA

×

Fulton County Superior
**EFILED**
Date: 7/19/2024 4
Che Alexander

Sheriff Number: 24022598 Court Case Number: 24CV008764
Date Received: 7/16/2024 Time: 12:29 PM
Special Service Inst:

ATTORNEY'S ADDRESS

State of Georgia
Gwinnett County

TARA ABDULLAH
PLAINTIFF
VS.
PENNMAC LOAN SERVICES, LLC
DEFENDANT

RECEIVED
2024 JUL 15 PM 12:24
CIVIL DIV.
G.C.S.O.

NAME AND ADDRESS OF PARTY TO BE SERVED

PENNYMAC LOAN SERVICES, LLC
C/O CT CORPORATION SYSTEM
289 SOUTH CULVER STREET
LAWRENCEVILLE, GA 30046

SHERIFF'S ENTRY OF SERVICE

PERSONAL ☐ Sex____ Skin Color____ Hair Color____ Age____ Hgt____ Wgt____
I have this day served the defendant ________ personally with a copy of the within action and summons.

NOTORIOUS ☐
I have this day served the defendant ________ by leaving a copy of the action and summons at his most notorious place in this County.

Delivered same into the hands of ________ described as follows:

SEX SKIN COLOR HAIR COLOR AGE HGT WGT

CORPORATION ☑
I have this day served the Pennymac Loans Services LLC a corporation by leaving a copy of the within action and summons with Jane Richardson in charge of the office and place of doing business of said Corporation in this County.

TACK AND MAIL ☐
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

NON EST ☐
Diligent search made and defendant ________ not to be found in the jurisdiction of this Court.

SPECIAL PROCESS

COMMENTS

Date: 7-17-24

Time: ________

[signature] 50500
Deputy Sheriff

3 of 4

Fulton County Superior Court
***EFILED***KJ
Date: 7/15/2024 2:43 PM
Che Alexander, Clerk

# IN THE SUPERIOR COURT OF FULTON COUNTYGEORGIA

| | | |
|---|---|---|
| IN RE:<br>TARA LEWANNA ABDULLAH<br>Plaintiff | ) ) ) ) ) ) | 24CV008764<br>Case No.: ________ |

vs.

PENNYMAC LOAN SERVICES, LLC
Defendant

## COMPLAINT OF STRICT TORT

Here comes Tara L. Abdullah aka Tara Lewanna Abdullah single. American. female the LAWFUL and TRUE Owner of the SUBJECT MATTER and REAL PROPERTY of 911 Moreland Ave SE Atlanta, Georgia 30316 files a COMPLAINT STRICT LIABILTY TORT against PENNYMAC LOAN SERVICES, LLC filed an erroneous DEED UNDER POWER on February 6. 2024 with no lawful claim interest in this subject matter after a timely NOTICE was provided with valid Case Number for the Bankruptcy filing (SEE EXHIBIT A)by the Plaintiff on February 5, 2024. The is a violation of Automatic Stay pursuant the United States Bankruptcy Rule and infringing on the 4th and 15th Amendment of the United States Constitution That is and was entitled to a Trial by Jury as DUE PROCESS was absent in this matter. This unlawful Act has caused added emotional stress, mental anguish, and financial damage to the personal consumer reputation of the Plaintiff. The unlawful Acts lead to many hardships leading to an abrupt change impacting the quality of life and livelihood that may be irreversible if not acted up and settled in a timely manner. The total damage sustained are equal to a dollar value of $1,000,000 USD or in exchange for a Title restored free and clear of any and all liens without conditions to the Plaintiff.

Whereas:

(1)

The subject property that is said to have "allegedly" foreclosed on Tuesday February 6. 2024. and or purchased by PENNYMAC LOAN SERVICES, LLC or the ACT of DEED UNDER POWER. Whereas the subject property in this matter was protected under The United States Bankruptcy "Automatic Stay" pursuant to 11 U.S. Code§362(k)(1) filed on February 5. 2024 (Exhibit A) and no MOTION FOR ORDER OF RELEASE FROM STAY hand been nor granted at that time from the United States Bankruptcy Court pursuant to the mentioned Rule that would allow such. The Act of Conspiracy the Plaintiff and or alleged "Debtor" by filing the erroneous DEED UNDER POWER with no claim of lawful interest and or no lawful cause initiated by or on behalf of PENNYMAC LOAN SERVICES, LLC are those of authorized representatives

SUPERIOR COURT FULTON COUNTY GEORGIA

whose names appear as Lizet Rodriquez. Cathereine Spivey. and a Notary by that of a David Perez are unlawful and without cause and this Act insinuated Conspiracy against the alleged "Debtor" and or Plaintiff in this subject matter Whereas the penalty for conspiracy carries 5.10. to 20 years mandatory imprisonment sentence. The total damages for actual damages. punitive damages and attorney fees totaling a cash Value $1.000,000 or release of any and all liens on the subject property Valued at $420,000 .The "Automatic Stay" was in effect on February 5. 2024 with NOTICE provided to PENNYMAC LOAN SERVICES. LLC to the owner by a Sheriff of any such action taking place as required pursuant to O.C.G.A§48-4-46(d) (SEE EXHIBIT ). Also. whereas this UNLAWFUL ACT committed by PENNYMAC LOAN SERVICES, LLC IS A VIOLATION OF Tara L. Abdullah 5th and 14th Amendment according to The United States Constitution whereas "NO DUE PROCESS" nor a Trial by Jury is required to take place for such an ACT to lawfully take place. The documents filed with the Clerk of Superior Court in Fulton County. Georgia demonstrated evidence of the growing trend to commit "FRAUD and THEFT" against homeowners and are simply procedure that is not LAWFUL nor binding and without just cause or merit. (SEE EXHIBIT B)

(2)

PENNYMAC LOAN SERVICES. LLC has no lawful right or claims to the subject matter being Real Property 911 Moreland Ave SE Atlanta Georgia 30316 and is not the original "HOLDER IN DUE COURSE" in this matter described pursuant to O.C.G.A§11-3-106 and has failed to meet the (all)requirements to be enforceable of such pursuant to O.C.G.A§11-3-302 whereas The Plaintiff provided sufficient Notice of Discharge in this matter.

(2)

At this time of this Complaint being filed the has been no valid and or lawful Georgia confirmation of a foreclosure sale as required pursuant to O.C.G.A.§44-14-161 (a)(b)(c) and the time has expired to do such.

(3)

The alleged "lender" "loan servicer" presented erroneous documents for filing bearing Tara L. Abdullah's name claiming to have the authority to act on behalf or in the capacity of Attorney in Fact, Power of Attorney, and or Agent in this subject matter. Whereas Tara L. Abdullah did not execute with a "wet signature" or any other signing of any agreement giving authorization for PENNYMAC LOAN SERIVES, LLC or its representatives authorization to act on any behalf ever this also violates O.C.G.A§44-2-36(5) and no Power of Attorney, Attonery in Fact, or Agent for exist and no proof thereof was presented to the Clerk of Court at such time of this filing this "DEED UNDER POWER" as required to be considered an authorized representative to execute such and be considered a valid. **The penalty for falsifying documents to obtain a gain of property by theft is a prison term of 1-10 years or both or a fine up to $10,000**. Whereas. when such an occurrence has taken place the Title shall remain unchanged or restored to the lawful owner. Furthermore, PENNYMAC LOAN SERVICES. LLC failed to demonstrate Good or Valuable consideration at the time of filing in this subject matter as required in the form of a PT 61 pursuant to O.C.G.A §560-11-3-14 and is in further violation.

(4)

A **violation** of improper notice was not given in a timely manner of any such sale of the subject matter being Real Property as required pursuant to O.C.G.A §48-4-5 Article 3 the notice published was insufficient and lacked the time frame of a total 4 consecutive weeks prior to the

SUPERIOR COURT FULTON COUNTY, GEORGIA

alleged sale. Furthermore, proving the action being unlawful and permissible to be considered and set aside due to the insufficiencies (SEE EXHIBIT C)

(5)

The Act of attempting to commit possible THEFT has occurred in this subject matter whereas PENNYMAC LOAN SERVICES.LLC and or its associates have made a false claim and filed false and erroneous documents with the Clerk of Fulton County Georgia as mentioned with no lawful right of claim the subject matter of Real Property mentioned in this Notice furthermore violates O.C.G.A §18-8-12 SECTIONS 16-8-2-16-8-9 and the penalty for such is imprisonment for all involved parties not less than 2 years not more than 20 years for property valued at $24.999 or more and subjected to 8 U.S.CODE §1324 UNDER Section 554 Under Title 15.

(6)

Whereas the Plaintiff in this subject matter has failed to prove and has no lawful proof of being the being the "Holder of Due Course" in this subject matter and that the true and lawful Holder of Due of Due Course is and has always been Tara L. Abdullah aka Tara Lewanna Abdullah whereas the Defendant failed to demonstrate Good Faith. failed to pay any Monetary Value (as stated). and knowingly and willfully intended to commit fraud. theft. and deceive the Plaintiff in this subject matter.

(7)

Whereas in similar a case that was appealed to the Georgia Supreme Court. On March 19. 2012. the Georgia Supreme Court found that a "sale under power of real estate at public outcry does not become binding as between the mortgagee and the purchaser unless a memorandum is made as prescribed by the Statute of Frauds." The court went on to note that until a deed under power is transferred and consideration is passed. the sale itself has not occurred: there is only a contract to buy and sell. Under the circumstances the borrowers have not been harmed. They still hold the same rights as they held prior to the attempted sale. In this matter there has been no verifiable sale at a public outcry

(8)

In this matter of Strict Tort an answer or response is required from the Defendant or its lawful representative having proper jurisdiction within the proper outlines time Pursuant to O.C.G.A 911-11-12(a)(b) or an Entry of Default shall be entered for a Order of specified outlined relief mentioned in this Complaint pursuant to O.C.G.A 911-11-55.

The Plaintiff in this subject matter being Tara L. Abdullah aka Tara Lewanna Abdullah Prays that the court hears and renders make a lawful Order granting the Tort in the amount of $1.000.000 asked for consideration in this matter or be it the Title is released free and clear of any and all liens and restored to the lawful owner Tara L. Abdullah aka Tara Lewanna Abdullah and the Defendant does so within 24-48 hours if such an Order is granted or if not restored pay the sum of $1.000,000 in damages within that same specified period.

Please submit and deliver all correspondence in the proper manner to the name and address listed below associated with this Case within the lawful time frame.

SUPERIOR COURT FULTON COUNTY GEORGIA

Dated: 7/15/2024

Signatures(s) [signature]

Printed Name:(s) TARA LEWANNA ABDULLAH

Address: 1273 Metropolitan Ave SE
#18114
Atlanta, Georgia 30316

Phone: 404-964-3421

SUPERIOR COURT FULTON COUNTY GEORGIA

Fulton County Superior Court
***EFILED***KJ
Date: 7/17/2024 10:09 AM
Che Alexander, Clerk

# IN THE SUPERIOR COURT OF FULTON COUNTYGEORGIA

TARA LEWANNA ABDULLAH
Plaintiff

Case No.: 24CV008764

vs.

PENNYMAC LOAN SERVICES, LLC
Defendant

## MOTION TO RESCIND AND SET ASIDE DEED UNDER POWER AND ASSIGNMENT OF DEED

Here comes Tara L. Abdullah aka Tara Lewanna Abdullah single, American, female the LAWFUL Owner and or HOLDER IN DUE COURSE in this subject matter of REAL PROPERTY as it pertains to 911 Moreland Ave SE Atlanta, Georgia 30316 purchased February 25, 2022. With a show of cause to SET A SIDE DEED INDER POWER AND ASSIGNMENT OF DEED filed by PENNYMAC LOAN SERVICES, LLC and or its associates/representatives

WHEREAS:

(1)

PENNYMAC LOAN SERVICES, LLC has no lawful Rights and or Powers to file such ASSIGNMENT OF DEED or DEED UNDER POWER with the Clerk of Superior Court in Fulton County Georgia. The lawful Owner and "HOLDER IN DUE COURSE" in this subject matter being TARA L. ABDULLAH aka TARA LEWANNA ABDULLAH. The Defendant in this matter is not nor has ever been the "HOLDER IN DUE COURSE"

(2)

The Plaintiff in this matter denies ever given permission for the alleged "lender" "loan servicer" to act in the capacity of an Attorney in fact, Agent, or granting Power of Attorney and there is no evidence of this with a wet ink signature bearing the Plaintiff in this subject matter signature.

(3)

PENNYMAC LOAN SERVICES. LLC HAS VIOLATED all statues of the O.C.G.A as it relates to FORCLOSURE SALES, ASSIGNMENT OF DEEDS, and DEED UNDER POWER and NOTICES of such deeming these actions to not be valid or enforceable as noted in the original COMPLANT filed with this MOTION.

SUPERIOR COURT FULTON COUNTY GEORGIA

(4)

PENNYMAC LOAN SERVICES, LLC has failed to produce any LAWFUL RIGHTS OR ENTITLMENT to the subject property as required before the filing of any such DEED as mentioned in the original complaint filed with this MOTION.

(5)

PENNYMAC LOAN SERVICES, LLC has violated the LAW as pertains to providing a WET SIGNATURES of all parties of interest involved in the signing of any such DEED or documents for recording with the County Clerk as also mentioned in the original COMPLAINT filed with this MOTION.

The Plaintiff in this matter Parys that the court hears this Motion and renders a lawfully Order based on Truth, Facts, and Law.

Date: 7/15/2024

Signatures(s) Tara Lewanna Abdullah

Printed Name:(s) TARA LEWANNA ABDULLAH

Address: 1273 Metropolitan Ave SE

#18114

Atlanta, Georgia 30316

Phone: 404-964-3421

SUPERIOR COURT FULTON COUNTY, GEORGIA

United States District Court
Southern District of Georgia

Atlanta
Division

| | | |
|---|---|---|
| Tara Lewanna Aboullah<br>Plaintiff | ) | |
| | ) | |
| | ) | |
| v | ) | Case No 24-CV-03627 |
| | ) | |
| PennyMac Loan Services, LLC | ) | |
| Defendant | ) | |
| | ) | |

CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

Submitted this 22 day of August, 2024

By s/ Tara Lewanna Aboullah
Attorney Name
Address