**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| TARA LEWANNA ABDULLAH,<br>Plaintiff,<br>v.<br>PENNYMAC LOAN SERVICES, LLC,<br>Defendant. | Civil Action No.<br>1:24-cv-03627-SDG |

**ORDER**

On January 2, 2025, the Court granted Plaintiff's motion to dismiss without prejudice and the case was terminated.[1] Five months later, Plaintiff filed an emergency motion to remand this action to the Superior Court of Fulton County, Georgia.[2] But there is nothing to remand—there is no live controversy, and the case has been closed. *See, e.g.*, *Lamoureux v. Fla.*, No. 23-11997, 2024 WL 1460311, at *1 (11th Cir. Apr. 4, 2024) (citing *Church of Scientology of Cal. v. United States*, 506 U.S. 9, 12 (1992)) ("A federal court has no authority to give opinions upon moot questions or abstract propositions, or to declare principles or rules of law that cannot affect the matter at issue in the case before it.").

---

1 ECF 83; Jan. 2, 2025 D.E.

2 ECF 84.

Plaintiff's motion [ECF 84] is **DENIED as moot**.

**SO ORDERED** this 17th day of February, 2026.

Steven D. Grimberg
United States District Judge